**Keith S. Dubanevich**, OSB No. 975200
**Keil M. Mueller**, OSB No. 085535
**STOLL STOLL BERNE LOKTING & SHLACHTER P.C.**
209 S.W. Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
Email: kdubanevich@stollberne.com
        kmueller@stollberne.com

*Counsel for Public Employees' Retirement System of Mississippi
and Proposed Liaison Counsel for the Class*

**Daniel L. Berger**, *to be admitted pro hac vice*
**Caitlin M. Moyna**, *to be admitted pro hac vice*
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501
Email: dberger@gelaw.com
        cmoyna@gelaw.com

*Counsel for Public Employees' Retirement System of Mississippi
and Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION**

| | |
|---|---|
| PAMELA T. CANNATARO, Individually and on Behalf of All Others Similarly Situated, Plaintiff, v. PORTLAND GENERAL ELECTRIC COMPANY, MARIA POPE, and JAMES F. LOBDELL, Defendants. | Case No. 3:20-cv-01583-SI **CLASS ACTION** **DECLARATION OF KEIL MUELLER IN SUPPORT OF MOTION FOR CONSOLIDATION AND OF APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL AND LIAISON COUNSEL** |

Page 1 -   DECLARATION OF KEIL MUELLER IN SUPPORT OF MOTION FOR CONSOLIDATION AND OF APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL AND LIAISON COUNSEL

| | |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, Individually, and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>     v.<br><br>PORTLAND GENERAL ELECTRIC COMPANY, MARIA POPE, and JAMES F. LOBDELL,<br><br>              Defendants. | Case No. 3:20-cv-01786-SI<br><br>**<u>CLASS ACTION</u>** |

I, Keil Mueller, declare as follows:

1.      I am an attorney with the law firm of Stoll Stoll Berne Lokting & Shlachter P.C., 209 S.W. Oak Street, Suite 500, Portland, Oregon 97204, counsel to Public Employees' Retirement System of Mississippi ("Mississippi PERS") and proposed liaison counsel for the proposed class.

2.      I submit this declaration in support of Mississippi PERS's motion pursuant to Rule 23 of the Federal Rules of Civil Procedure and Section 21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), for an order (1) consolidating the above-captioned actions for all purposes; (2) appointing Mississippi PERS as Lead Plaintiff; and (3) approving Mississippi PERS's selection of Grant & Eisenhofer P.A. as Lead Counsel for the Class and Stoll Stoll Berne Lokting & Shlachter P.C. as Liaison Counsel for the Class.

3.      Attached as Exhibit A is a true and correct copy of a Certification on behalf of Mississippi PERS setting forth its transactions in the securities of Portland General Electric Company ("PGE" or the "Company") from February 13, 2020 through August 24, 2020, inclusive (the "Class Period"), that are the subject of this action.

Page 2  -   DECLARATION OF KEIL MUELLER IN SUPPORT OF MOTION FOR CONSOLIDATION AND OF APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL AND LIAISON COUNSEL

4.    Attached as Exhibit B hereto is a chart calculating the gains and losses on Mississippi PERS's transactions in PGE securities in the Class Period of February 13, 2020 through August 24, 2020, inclusive.

5.    Attached as Exhibit C hereto is a chart calculating the gains and losses on Mississippi PERS's transactions in PGE securities in the period of April 24, 2020 through August 24, 2020, inclusive.

6.    Attached as Exhibit D hereto is a true and correct copy of a notice published on September 3, 2020, by the law firm Glancy Prongay & Murray LLP, which filed the complaint in the action *Hessel v. Portland Gen. Elec. Co.*, No. 3:20-cv-01523 (D. Or.).

7.    Attached as Exhibit E hereto is a true and correct copy of a notice published on September 14, 2020, by the law firm that filed the first-captioned case above.

8.    Attached as Exhibit F hereto is a true and correct copy of a notice published on October 16, 2020, by counsel to Mississippi PERS.

9.    Attached as Exhibit G hereto is a true and correct copy of a notice published on October 28, 2020, by the law firm that filed the first-captioned case above.

10.    Attached as Exhibit H hereto is the firm resume of Grant & Eisenhofer P.A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 2nd day of November, 2020.


                                        s/ Keil Mueller
                                        Keil Mueller

Page 3  -    DECLARATION OF KEIL MUELLER IN SUPPORT OF MOTION FOR
             CONSOLIDATION AND OF APPOINTMENT AS LEAD PLAINTIFF AND
             APPROVAL OF LEAD COUNSEL AND LIAISON COUNSEL