# EXHIBIT A

**CERTIFICATION ON BEHALF OF
THE PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI**

The undersigned, Ta'Shia S. Gordon, authorized signatory of the Public Employees' Retirement System of Mississippi ("Mississippi PERS"), certifies pursuant to 28 U.S.C. § 1746 and 15 U.S.C. § 78u-4 as follows:

1.      I have reviewed the securities class action complaint against Portland General Electric Company ("PGE") in *The Public Employees' Retirement System of Mississippi v. Portland General Electric Company*, No. 20-cv-XXXXX (D. Or.) (the "Complaint").  I have authorized the filing of the Complaint as well as the filing of Mississippi PERS' motion for appointment as lead plaintiff and approval of their selection of counsel.

2.      Attached as **Schedule A** to this certification is a list of Mississippi PERS' transactions during the Class Period (as defined in the Complaint) in the securities that are the subject of this action.

3.      Mississippi PERS did not purchase or acquire the securities that are the subject of this action at the direction of counsel or in order to participate in any private action.

4.      Mississippi PERS is willing and able to serve as a representative party on behalf of the proposed class, including providing testimony at deposition and trial, if necessary.

5.      During the three-year period preceding the date of this certification, Mississippi PERS has sought to serve as a representative party on behalf of a class asserting claims under the federal securities laws of the United States in the following actions:

- Wells Fargo & Co. (No. 20-cv-4494, S.D.N.Y.) (appointed co-lead plaintiff)

- Mylan N.V. (No. 20-cv-955, W.D. Pa.) (appointed lead plaintiff)

- JELD-WEN Holdings, Inc. (No. 20-cv-112, E.D. Va.) (appointed lead plaintiff)

- Mohawk Industries, Inc. (No. 20-cv-5, N.D. Ga.) (appointed lead plaintiff)

- The Boeing Company (No. 19-cv-2394, N.D. Ill.) (appointed lead plaintiff)

- McDermott International, Inc. (No. 18-cv-4330, N.D. Tex.) (appointed lead plaintiff)

- Nielsen Holdings plc (No. 18-cv-7143, S.D.N.Y.) (appointed lead plaintiff)

- Facebook, Inc. (No. 18-cv-1725, N.D. Cal.) (appointed co-lead plaintiff)

- WageWorks, Inc. (No. 18-cv-1523, N.D. Cal.) (appointed lead plaintiff)

- Advance Auto Parts, Inc. (No. 18-cv-212, D. Del.) (appointed lead plaintiff)

- Acuity Brands, Inc. (No. 18-cv-285, D. Del.) (appointed lead plaintiff)

- International Flavors & Fragrances Inc. (No. 19-7536, S.D.N.Y.) (moved for lead plaintiff, not appointed)

- Mednax, Inc. (No. 18-cv-61572, S.D. Fla.) (moved for lead plaintiff, not appointed)

- Sprouts Farmers Market, Inc. (No. 18-cv-695, D. Az.) (filed complaint on March 2, 2018 and voluntarily dismissed on March 20, 2018)

6.    Mississippi PERS will not accept any payment for serving as a representative party on behalf of the proposed class beyond their *pro rata* share of any recovery, except as ordered or approved by the court.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 16th day of October, 2020.

By: _____

Ta'Shia S. Gordon, Special Assistant Attorney General
Authorized Signatory of the Public Employees'
Retirement System of Mississippi

2

# Portland General Electric Company -- Schedule A
## Public Employees' Retirement System of Mississippi

**Cusip:**          736508847
**Ticker:**          POR
**Class Period:**    February 13, 2020 through August 24, 2020
**Beginning Holdings:** 0 shares

| Purchases | | |
|---|---|---|
| **Trade Date** | **Quantity** | **Price** |
| 03/10/20 | 13,400 | $54.34 |
| 03/11/20 | 800 | $54.66 |
| 03/11/20 | 23,006 | $54.64 |
| 03/13/20 | 1,109 | $47.64 |
| 03/13/20 | 13,300 | $47.83 |
| 03/18/20 | 6,897 | $48.12 |
| 03/25/20 | 3,200 | $44.79 |
| 03/25/20 | 2,200 | $43.66 |
| 03/25/20 | 500 | $43.98 |
| 03/26/20 | 77 | $43.89 |
| 03/26/20 | 1,095 | $46.72 |
| 04/01/20 | 5,300 | $46.58 |
| 04/01/20 | 1,100 | $47.17 |
| 04/02/20 | 8,556 | $48.13 |
| 04/03/20 | 1,300 | $46.31 |
| 04/03/20 | 805 | $46.13 |
| 04/06/20 | 7,200 | $50.15 |
| 04/07/20 | 4,500 | $49.05 |
| 04/07/20 | 16,400 | $49.82 |
| 04/08/20 | 9,600 | $50.38 |
| 04/09/20 | 14,700 | $52.64 |
| 04/13/20 | 1,879 | $50.68 |
| 04/13/20 | 3,000 | $50.38 |
| 04/16/20 | 695 | $48.73 |
| 04/16/20 | 2,500 | $48.70 |
| 04/24/20 | 500 | $45.24 |
| 04/24/20 | 7,309 | $46.08 |
| 04/27/20 | 5,900 | $46.12 |
| 04/27/20 | 500 | $46.36 |
| 04/27/20 | 500 | $46.31 |
| 04/28/20 | 99 | $47.53 |
| 05/12/20 | 13,021 | $43.61 |
| 06/02/20 | 11,161 | $47.44 |
| 06/11/20 | 2,281 | $44.65 |
| 06/11/20 | 2,500 | $44.65 |
| 07/23/20 | 1,770 | $44.18 |
| 07/24/20 | 9,574 | $44.10 |
| 08/11/20 | 6,000 | $42.84 |
| 08/11/20 | 120 | $42.87 |

| Sales | | |
|---|---|---|
| **Trade Date** | **Quantity** | **Price** |
| 07/01/20 | 2,930 | $42.53 |
| 07/01/20 | 1,689 | $42.53 |
| 07/10/20 | 474 | $41.96 |

| Post Disclosure Sales* | | |
|---|---|---|
| **Trade Date** | **Quantity** | **Price** |
| 09/10/20 | 3,400 | $37.71 |
| 09/10/20 | 26,000 | $37.71 |
| 09/10/20 | 2,100 | $37.71 |

\* For purposes of calculating losses in connection with Mississippi PERS's lead plaintiff motion, the higher of actual sale price or the average closing price from 8/25/20 to 9/10/20 ($37.71) was used.

Exhibit A
Page 4 of 4