# **<u>EXHIBIT B</u>**



**Portland General Electric Company**
**February 13, 2020 through August 24, 2020**
**Mississippi PERS**

| Loss Summary: | Shares | Avg Price | Value | Losses by section |
|---|---|---|---|---|
| Section I: Opening Position | 0 | | | |
| Section I: Sales Ignored | 0 | | $0 | |
| Section II Purchases: Purchased and Sold in the Period | 5,093 | $44.82 | $228,271 | |
| Section II Sales:  Purchased and Sold in the Period | 5,093 | $42.48 | $216,334 | ($11,937) |
| Section III Purchases: Purchased in and Sold After the Period | 31,500 | $44.96 | $1,416,175 | |
| Section III Sales: Purchased in and Sold After the Period | 31,500 | $37.71 | $1,187,708 | ($228,467) |
| Section IV Purchases: Purchased and Held | 167,761 | $49.73 | $8,343,260 | ($2,118,069) |
| 90-Day Average Lookback Price | | $37.1075 | | |
| **Total LIFO Losses** | | | | **($2,358,473)** |

Exhibit B
Page 2 of 4



**Portland General Electric Company**
**February 13, 2020 through August 24, 2020**
**Mississippi PERS**

Lookback Range:    8/25/20 - 10/30/20

| ----------------------------Purchases---------------------------- | | | | ----------------------------Sales---------------------------- | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares | Price | Total | Trade Date | Shares | Price | Total | (Loss) on Shares Held | (Loss) on Holdings @ $37.1075 | Total (Loss) |

**I. Share Sales Matched Against Pre-Class Period Holdings**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Open position | - | | | | | | | | | |
| **Subtotal (I)** | **0** | | **$0** | **0** | | | **$0** | | | |
| | | | | **0** | | | | | | |

**II. Shares Purchased and Sold Within Class Period (LIFO Basis)**

*Formula:* (sales price - purchase price) x shares sold

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/02/20 | 312 | $47.44 | $14,800 | 07/01/20 | 2,930 | $42.53 | $124,613 | | | |
| 06/11/20 | 2,281 | $44.65 | $101,851 | 07/01/20 | 1,689 | $42.53 | $71,833 | | | |
| 06/11/20 | 2,500 | $44.65 | $111,620 | 07/10/20 | 474 | $41.96 | $19,888 | | | |
| **Subtotal (II)** | **5,093** | | **$228,271** | **5,093** | | | **$216,334** | | | **($11,937)** |

**III. Shares Purchased During Class Period and Sold After End of Class Period (LIFO Basis)**

*Formula:* (sales price - purchase price) x shares sold

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/12/20 | 3,187 | $43.61 | $138,969 | 09/10/20 | 3,400 | $37.71 | $128,197 | | | |
| 06/02/20 | 10,849 | $47.44 | $514,633 | 09/10/20 | 26,000 | $37.71 | $980,330 | | | |
| 07/23/20 | 1,770 | $44.18 | $78,192 | 09/10/20 | 2,100 | $37.71 | $79,181 | | | |
| 07/24/20 | 9,574 | $44.10 | $422,204 | | | | | | | |
| 08/11/20 | 6,000 | $42.84 | $257,033 | | | | | | | |
| 08/11/20 | 120 | $42.87 | $5,144 | | | | | | | |
| **Subtotal (III)** | **31,500** | | **$1,416,175** | **31,500** | | | **$1,187,708** | | | **($228,467)** |



**Portland General Electric Company**
**February 13, 2020 through August 24, 2020**
**Mississippi PERS**

Lookback Range:    8/25/20 - 10/30/20

| | ----------Purchases---------- | | | | ----------Sales---------- | | | | | (Loss) on Holdings @ $37.1075 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares | Price | Total | | Trade Date | Shares | Price | Total | (Loss) on Shares Held | | (Loss) |

**IV. Shares Purchased During Class Period and Still Held (LIFO Basis)**

*Formula:* (PSLRA "lookback period" average closing price - purchase price) x shares held

| Trade Date | Shares | Price | Total | (Loss) on Shares Held | (Loss) on Holdings @ $37.1075 | Total (Loss) |
|---|---|---|---|---|---|---|
| 03/10/20 | 13,400 | $54.34 | $728,183 | | ($17.23) | ($230,942.30) |
| 03/11/20 | 800 | $54.66 | $43,730 | | ($17.55) | ($14,043.60) |
| 03/11/20 | 23,006 | $54.64 | $1,257,025 | | ($17.53) | ($403,329.69) |
| 03/13/20 | 1,109 | $47.64 | $52,833 | | ($10.53) | ($11,680.54) |
| 03/13/20 | 13,300 | $47.83 | $636,192 | | ($10.73) | ($142,662.45) |
| 03/18/20 | 6,897 | $48.12 | $331,884 | | ($11.01) | ($75,953.21) |
| 03/25/20 | 3,200 | $44.79 | $143,315 | | ($7.68) | ($24,571.20) |
| 03/25/20 | 2,200 | $43.66 | $96,052 | | ($6.55) | ($14,415.50) |
| 03/25/20 | 500 | $43.98 | $21,991 | | ($6.87) | ($3,436.75) |
| 03/26/20 | 77 | $43.89 | $3,380 | | ($6.78) | ($522.41) |
| 03/26/20 | 1,095 | $46.72 | $51,154 | | ($9.61) | ($10,521.31) |
| 04/01/20 | 5,300 | $46.58 | $246,853 | | ($9.47) | ($50,183.05) |
| 04/01/20 | 1,100 | $47.17 | $51,887 | | ($10.06) | ($11,068.75) |
| 04/02/20 | 8,556 | $48.13 | $411,766 | | ($11.02) | ($94,274.29) |
| 04/03/20 | 1,300 | $46.31 | $60,203 | | ($9.20) | ($11,963.25) |
| 04/03/20 | 805 | $46.13 | $37,135 | | ($9.02) | ($7,263.92) |
| 04/06/20 | 7,200 | $50.15 | $361,080 | | ($13.04) | ($93,906.00) |
| 04/07/20 | 4,500 | $49.05 | $220,725 | | ($11.94) | ($53,741.25) |
| 04/07/20 | 16,400 | $49.82 | $817,081 | | ($12.71) | ($208,517.80) |
| 04/08/20 | 9,600 | $50.38 | $483,619 | | ($13.27) | ($127,387.20) |
| 04/09/20 | 14,700 | $52.64 | $773,837 | | ($15.53) | ($228,357.15) |
| 04/13/20 | 1,879 | $50.68 | $95,218 | | ($13.57) | ($25,493.33) |
| 04/13/20 | 3,000 | $50.38 | $151,125 | | ($13.27) | ($39,802.50) |
| 04/16/20 | 695 | $48.73 | $33,868 | | ($11.62) | ($8,078.33) |
| 04/16/20 | 2,500 | $48.70 | $121,745 | | ($11.59) | ($28,976.25) |
| 04/24/20 | 500 | $45.24 | $22,622 | | ($8.14) | ($4,067.75) |
| 04/24/20 | 7,309 | $46.08 | $336,777 | | ($8.97) | ($65,558.08) |
| 04/27/20 | 5,900 | $46.12 | $272,132 | | ($9.02) | ($53,197.35) |
| 04/27/20 | 500 | $46.36 | $23,178 | | ($9.25) | ($4,624.25) |
| 04/27/20 | 500 | $46.31 | $23,155 | | ($9.20) | ($4,601.25) |
| 04/28/20 | 99 | $47.53 | $4,705 | | ($10.42) | ($1,031.53) |
| 05/12/20 | 9,834 | $43.61 | $428,812 | | ($6.50) | ($63,896.41) |
| **Subtotal (IV)** | **167,761** | **$49.73** | **$8,343,260** | | **($2,118,068.65)** | **($2,118,069)** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL (II - IV)  LIFO Losses** | | | | | | **($2,358,473)** |

Exhibit B

Page 4 of 4