# <u>EXHIBIT C</u>

Exhibit C
Page 1 of 4



**Portland General Electric Company**
**April 24, 2020 through August 24, 2020**
**Mississippi PERS**

| Loss Summary: | Shares | Avg Price | Value | Losses by section |
|---|---|---|---|---|
| Section I: Opening Position | 143,119 | | | |
| Section I: Sales Ignored | 0 | | $0 | |
| Section II Purchases: Purchased and Sold in the Period | 5,093 | $44.82 | $228,271 | |
| Section II Sales:  Purchased and Sold in the Period | 5,093 | $42.48 | $216,334 | ($11,937) |
| Section III Purchases: Purchased in and Sold After the Period | 31,500 | $44.96 | $1,416,175 | |
| Section III Sales: Purchased in and Sold After the Period | 31,500 | $34.92 | $1,099,898 | ($316,277) |
| Section IV Purchases: Purchased and Held | 24,642 | $45.10 | $1,111,380 | ($196,977) |
| 90-Day Average Lookback Price | | $37.1075 | | |
| **Total LIFO Losses** | | | | **($525,190)** |

Exhibit C
Page 2 of 4



**Portland General Electric Company**
**April 24, 2020 through August 24, 2020**
**Mississippi PERS**

**Lookback Range:**        **8/25/20 - 10/30/20**

| Trade Date | Shares | Price | Total | Trade Date | Shares | Price | Total | (Loss) on Shares Held | (Loss) on Holdings @ $37.1075 | Total (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| ---Purchases--- | | | | ---Sales--- | | | | | | |

**I. Share Sales Matched Against Pre-Class Period Holdings**

| Trade Date | Shares | Price | Total | Trade Date | Shares | Price | Total | (Loss) on Shares Held | (Loss) on Holdings @ $37.1075 | Total (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Open position | 143,119 | | | | | | | | | |
| **Subtotal (I)** | **143,119** | | **$0** | | **0** (143,119) | | **$0** | | | |

**II. Shares Purchased and Sold Within Class Period (LIFO Basis)**
*Formula:* (sales price - purchase price) x shares sold

| Trade Date | Shares | Price | Total | Trade Date | Shares | Price | Total | (Loss) on Shares Held | (Loss) on Holdings @ $37.1075 | Total (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/02/20 | 312 | $47.44 | $14,800 | 07/01/20 | 2,930 | $42.53 | $124,613 | | | |
| 06/11/20 | 2,281 | $44.65 | $101,851 | 07/01/20 | 1,689 | $42.53 | $71,833 | | | |
| 06/11/20 | 2,500 | $44.65 | $111,620 | 07/10/20 | 474 | $41.96 | $19,888 | | | |
| **Subtotal (II)** | **5,093** | | **$228,271** | | **5,093** | | **$216,334** | | | **($11,937)** |

**III. Shares Purchased During Class Period and Sold After End of Class Period (LIFO Basis)**
*Formula:* (sales price - purchase price) x shares sold

| Trade Date | Shares | Price | Total | Trade Date | Shares | Price | Total | (Loss) on Shares Held | (Loss) on Holdings @ $37.1075 | Total (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/12/20 | 3,187 | $43.61 | $138,969 | 09/10/20 | 3,400 | $34.92 | $118,719 | | | |
| 06/02/20 | 10,849 | $47.44 | $514,633 | 09/10/20 | 26,000 | $34.92 | $907,852 | | | |
| 07/23/20 | 1,770 | $44.18 | $78,192 | 09/10/20 | 2,100 | $34.92 | $73,327 | | | |
| 07/24/20 | 9,574 | $44.10 | $422,204 | | | | | | | |
| 08/11/20 | 6,000 | $42.84 | $257,033 | | | | | | | |
| 08/11/20 | 120 | $42.87 | $5,144 | | | | | | | |
| **Subtotal (III)** | **31,500** | | **$1,416,175** | | **31,500** | | **$1,099,898** | | | **($316,277)** |

Exhibit C

Page 3 of 4



**Portland General Electric Company**
**April 24, 2020 through August 24, 2020**
**Mississippi PERS**

**Lookback Range:**             **8/25/20 - 10/30/20**

| | | | | | | | | | (Loss) on Shares Held | (Loss) on Holdings @ $37.1075 | Total (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares** | **Price** | **Total** | | **Trade Date** | **Shares** | **Price** | **Total** | | | |

**IV. Shares Purchased During Class Period and Still Held (LIFO Basis)**
*Formula:* (PSLRA "lookback period" average closing price - purchase price) x shares held

| Trade Date | Shares | Price | Total | (Loss) on Shares Held | (Loss) on Holdings @ $37.1075 | Total (Loss) |
|---|---|---|---|---|---|---|
| 04/24/20 | 500 | $45.24 | $22,622 | ($8.14) | ($4,067.75) | |
| 04/24/20 | 7,309 | $46.08 | $336,777 | ($8.97) | ($65,558.08) | |
| 04/27/20 | 5,900 | $46.12 | $272,132 | ($9.02) | ($53,197.35) | |
| 04/27/20 | 500 | $46.36 | $23,178 | ($9.25) | ($4,624.25) | |
| 04/27/20 | 500 | $46.31 | $23,155 | ($9.20) | ($4,601.25) | |
| 04/28/20 | 99 | $47.53 | $4,705 | ($10.42) | ($1,031.53) | |
| 05/12/20 | 9,834 | $43.61 | $428,812 | ($6.50) | ($63,896.41) | |
| **Subtotal (IV)** | **24,642** | **$45.10** | **$1,111,380** | | **($196,976.62)** | **($196,977)** |
| **TOTAL (II - IV)  LIFO Losses** | | | | | | **($525,190)** |

Exhibit C
Page 4 of 4