# **<u>EXHIBIT E</u>**

# ROSEN, A LEADING LAW FIRM, Files Securities Class Action Lawsuit Against Portland General Electric Company - POR



NEWS PROVIDED BY
**Rosen Law Firm, P.A.** →
Sep 14, 2020, 17:00 ET

NEW YORK, Sept. 14, 2020 /PRNewswire/ -- Rosen Law Firm, a global investor rights law firm, announces it has filed a class action lawsuit on behalf of purchasers of the securities of Portland General Electric Company between April 24, 2020 and August 24, 2020, inclusive (the "Class Period"). The lawsuit seeks to recover damages for PGE investors under the federal securities laws.

To join the PGE class action, go to http://www.rosenlegal.com/cases-register-1938.html or call Phillip Kim, Esq. toll-free at 866-767-3653 or email pkim@rosenlegal.com or cases@rosenlegal.com for information on the class action.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY RETAIN COUNSEL OF YOUR CHOICE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. AN INVESTOR'S ABILITY TO SHARE IN ANY POTENTIAL FUTURE RECOVERY IS NOT DEPENDENT UPON SERVING AS LEAD PLAINTIFF.

According to the lawsuit, defendants throughout the Class Period made false and/or misleading statements and/or failed to disclose that: (1) PGE downplayed risks with its trading activity in wholesale electricity markets; (2) PGE's wholesale energy trading activity would result in at least $127 million of realized and unrealized losses; (3) as a result, PGE would need to significantly cut its per-share guidance; (4) as opposed to defendants' statements, PGE was not focused on and achieving low operating expenses; (5) PGE had inadequate disclosure controls and procedures and internal control over financial reporting; and (6) as a result, defendants' public statements were materially false and/or misleading at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court no later than November 2, 2020. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, go to http://www.rosenlegal.com/cases-register-1938.html or to discuss your rights or interests regarding this class action, please contact Phillip Kim, Esq. of Rosen Law Firm toll free at 866-767-3653 or via e-mail at pkim@rosenlegal.com or cases@rosenlegal.com.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm or on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm.

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 3 each year since 2013. Rosen Law Firm has achieved the largest ever securities class action settlement against a Chinese Company. Rosen Law Firm's attorneys are ranked and recognized by numerous independent and respected sources. Rosen Law Firm has secured hundreds of millions of dollars for investors.

Contact Information:

Laurence Rosen, Esq.

Phillip Kim, Esq.

The Rosen Law Firm, P.A.

275 Madison Avenue, 40th Floor

New York, NY 10016

Tel: (212) 686-1060

Toll Free: (866) 767-3653

Fax: (212) 202-3827

lrosen@rosenlegal.com

pkim@rosenlegal.com

cases@rosenlegal.com

www.rosenlegal.com


SOURCE Rosen Law Firm, P.A.


Related Links

www.rosenlegal.com