# <u>EXHIBIT F</u>

# Grant & Eisenhofer P.A. Announces Class Action Filing Asserting Federal Securities Claims Against Portland General Electric and Other Defendants Regarding False and Misleading Statements; and Related Lead Plaintiff Deadline

NEWS PROVIDED BY
**Grant & Eisenhofer P.A. ➞**
Oct 16, 2020, 16:01 ET

NEW YORK, Oct. 16, 2020 /PRNewswire/ -- Grant & Eisenhofer P.A. announces that a lawsuit has been filed in the District of Oregon on behalf of shareholders of Portland General Electric Company ("PGE") and certain officers of PGE (collectively, "Defendants") alleging that Defendants violated federal securities laws. The lawsuit, captioned *Public Employees' Retirement System of Mississippi v. Portland General Electric Co., et al.*, is pending under docket number 3:20-cv-01786 and seeks rescission and damages.

The proposed class includes all persons who purchased shares of PGE's common stock between February 13, 2020 and August 24, 2020 (the "Class Period"). The Class Period expands the class period asserted in two other complaints filed against PGE in the District of Oregon, both of which limit participation to those shareholders who purchased PGE shares from April 24, 2020 through August 24, 2020 (*Hessel v. Portland General Electric Co., et al.*, No. 3:20-cv-01523; *Cannataro v. Portland General Electric Co., et al.*, No. 3:20-cv-01583). Shareholders have until November 2, 2020 to petition the Court for lead plaintiff status.

The complaint alleges that PGE made materially false and/or misleading statements and/or failed to disclose that: (1) PGE lacked effective internal controls over its trading practices in the wholesale energy markets; (2) PGE personnel entered energy trades during 2020, with increasing volume accumulating late in the second quarter and into the third quarter, that created significant negative financial exposure for PGE; (3) as a result, PGE was reasonably likely to incur significant losses and had issued materially misleading statements or statements which lacked a reasonable basis regarding PGE's business, operations, and prospects. The federal securities claims are brought under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78j, 78t, and Rule 10b-5 promulgated thereunder.

Pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(a)(3)(A)(i)(II), any shareholder who purchased PGE shares during the Class Period and which seeks to serve as lead plaintiff of the proposed class shall, no later than November 2, 2020, move the Court for appointment as lead plaintiff and approval of lead plaintiff's selection of lead counsel. No class has yet been certified in the above action. Until a class is certified, you are not represented by counsel unless you retain a lawyer. You may retain counsel of your choice. You may also remain an absent class member and do nothing at this point. Your ability to share in any potential future recovery is not dependent upon serving as lead plaintiff.

For additional information about this lawsuit, please contact Daniel L. Berger, Esq. by telephone at 646-722-8500 or via email at dberger@gelaw.com. There is no cost or obligation to you.

Grant & Eisenhofer P.A. is a nationally recognized law firm which has recovered billions of dollars on behalf of clients. The firm's attorneys have extensive experience representing investors in securities litigation. This notice may be considered attorney advertising in some jurisdictions under the applicable law and rules of ethics. Prior results do not guarantee similar outcomes.

**CONTACT:**

GRANT & EISENHOFER P.A.

Daniel L. Berger

485 Lexington Avenue

29th Floor

New York, NY 10017

dberger@gelaw.com

+1 646 722 8500

http://www.gelaw.com/


SOURCE Grant & Eisenhofer P.A.


Related Links

http://www.gelaw.com

Exhibit F
Page 4 of 4