UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

In re Portland General Electric Company
Securities Litigation
        Plaintiff(s),

v.

        Defendant(s).

Case No.: 3:20-cv-01583-SI

MOTION FOR LEAVE TO APPEAR
*PRO HAC VICE*

Attorney Barbara J. Hart requests special admission *pro hac vice* to the Bar of the United States District Court for the District of Oregon in the above-captioned case for the purposes of representing the following party (or parties):

Public Employees' Retirement System of Mississippi

In support of this application, I certify that: 1) I am an active member in good standing with the New York State Bar; and 2) that I have read and am familiar with the Federal Rules of Evidence, the Federal Rules of Civil and Criminal Procedure, the Local Rules of this Court, and this Court's Statement of Professionalism.

I understand that my admission to the Bar of the United States District Court for the District of Oregon is solely for the purpose of litigating in the above matter and will be terminated upon the conclusion of the matter.

**(1) PERSONAL DATA:**

Name: Hart, Barbara, J.
*(Last Name)  (First Name)  (MI)  (Suffix)*

Agency/firm affiliation: Grant & Eisenhofer P.A.

Mailing address: 485 Lexington Avenue, 29th Floor

City: New York   State: NY   Zip: 10017

Phone number: (646) 722-8500   Fax number: (646) 722-8501

Business e-mail address: bhart@gelaw.com

**(2)** **BAR ADMISSION INFORMATION**:

    **(a)**     State bar admission(s), date(s) of admission, and bar number(s):
                Please see Attachment A

    **(b)**     Other federal court admission(s) and date(s) of admission:
                Please see Attachment A

**(3)** **CERTIFICATION OF DISCIPLINARY ACTIONS**:

[✓] I am not now, nor have I ever been, subject to any disciplinary action by any state or federal bar association or subject to judicial sanctions.

[ ] I am now or have been subject to disciplinary action by a state or federal bar association or subject to judicial sanctions. (Attach letter of explanation.)

**(4)** **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**
Pursuant to LR 83-3, I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)** **CM/ECF REGISTRATION:**
I acknowledge that I will become a registered user of the Court's case management and electronic case filing system (CM/ECF) upon approval of this application, and I consent to electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(E) and the Local Rules of the District of Oregon.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and I certify that the above information is true and correct.

DATED: 02/04/2021

*[Signature]*
(Signature)

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires applicants for *pro hac vice* admission to associate with local counsel, unless requesting a waiver of the requirement under LR 45-1.

To request a waiver of the requirement to associate with local counsel under LR 45-1, check the following box:

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request a waiver of the LR 83-3(a)(1) requirement to associate with local counsel and therefore do not include a certification from local counsel with this application.

To associate with local counsel, provide the following information about local counsel, and obtain the signature of local counsel.

Name: Dubanevich     Keith     D.
       (Last Name)   (First Name)  (MI)   (Suffix)

OSB number: 975200

Agency/firm affiliation: Stoll Stoll Berne Lokting & Shlachter, P.C.

Mailing address: 209 SW Oak Street, Suite 500

City: Portland     State: OR     Zip: 97204

Phone number: (503) 227-1600     Fax number: (503) 227-6840

Business e-mail address: kdubanevich@stollberne.com

**CERTIFICATION OF ASSOCIATE LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in case number 3:20-cv-01786-MO.

DATED: 02/04/2021.

*(Signature of Local Counsel)*

# Attachment A

| COURT OF ADMISSION | DATE OF ADMISSION |
|---|---|
| Connecticut State Court | November 12, 1992 |
| New York State Court | June 9, 1993 |
| United States District Court for the District of Colorado | January 13, 2011 |
| United States District Court for the Eastern District of New York | March 12, 1996 |
| United States District Court for the Southern District of New York | March 12, 1996 |
| United States District Court for the Western District of New York | June 26, 2015 |
| 2nd Circuit Court of Appeals | May 1, 2002 |
| 3rd Circuit Court of Appeals | February 11, 1993 |
| 5th Circuit Court of Appeals | May 6, 2003 |
| 6th Circuit Court of Appeals | June 30, 2016 |
| 7th Circuit Court of Appeals | August 18, 2006 |
| United States Supreme Court | March 22, 2004 |