UNITED STATES

SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

# FORM 10-K

| [X] | | **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE** |
| | | **SECURITIES EXCHANGE ACT OF 1934** |
| | | **For the fiscal year ended <u>December 31, 2004</u>** |
| | | **OR** |
| [ ] | | **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE** |
| | | **SECURITIES EXCHANGE ACT OF 1934** |
| | | **For the Transition period from _____ to _____** |

**Commission File Number 1-5532-99**

# PORTLAND GENERAL ELECTRIC COMPANY

(Exact name of registrant as specified in its charter)

| **Oregon** | **93-0256820** |
|---|---|
| (State or other jurisdiction of | (I.R.S. Employer Identification No.) |
| incorporation or organization) | |

**121 SW Salmon Street, Portland, Oregon 97204**

(Address of principal executive offices) (zip code)

Registrant's telephone number, including area code: **(503) 464-8000**

Securities registered pursuant to Section 12(b) of the Act:

| **Title of each class** | **Name of each exchange on which registered** |
|---|---|
| None | |

Securities registered pursuant to Section 12(g) of the Act:

**Title of each class**

Portland General Electric Company

7.75% Series, Cumulative Preferred Stock, no par value

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes _X_ No \_\_\_.

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. [X]

Indicate by check mark whether the registrant is an accelerated filer (as defined in Rule 12b-2 of the Act). Yes \_\_\_ No _X_

State the aggregate market value of the voting and non-voting common equity held by non-affiliates computed by reference to the price at which the common equity was last sold, or the average bid and asked price of such common equity, as of the last business day of the registrant's most recently completed second fiscal quarter: $0.

Number of shares of Common Stock outstanding as of February 28, 2005: 42,758,877 shares of common stock, $3.75 par value. (All shares are owned by Enron Corp.)

# DEFINITIONS

The following abbreviations or acronyms used in the text and notes to the consolidated financial statements are defined below:

| Abbreviations or Acronyms | | |
|---|---|---|
| AFDC | | Allowance For Funds Used During Construction |
| Bankruptcy Court | | United States Bankruptcy Court for the Southern District |
| | | of New York |
| Beaver | | Beaver Combustion Turbine Plant |
| Boardman | | Boardman Coal Plant |
| BPA | | Bonneville Power Administration |
| COBRA | | Consolidated Omnibus Budget Reconciliation Act |
| Colstrip | | Colstrip Units 3 and 4 Coal Plant |
| Coyote Springs | | Coyote Springs Unit 1 Generating Plant |
| CUB | | Citizens' Utility Board |
| DEQ | | Oregon Department of Environmental Quality |
| Dth | | Decatherm = 10 therms = 1,000 cubic feet of natural gas |
| EFSC | | Energy Facility Siting Council |
| EITF | | Emerging Issues Task Force of the Financial Accounting |
| | | Standards Board |
| ESS | | Energy Service Supplier |
| Enron | | Enron Corp., as Debtor and Debtor in Possession in Chapter |
| | | 11, Case No. 01-16034 pending in the United States Bankruptcy Court for the Southern District of New York |
| EPA | | Environmental Protection Agency |
| ERISA | | Employee Retirement Income Security Act of 1974 |
| ESA | | Endangered Species Act |
| FERC | | Federal Energy Regulatory Commission |
| Financial Statements | | Consolidated Financial Statements of Portland General Company |
| | | Electric Company included in Part II, Item 8 of this report |
| IRS | | Internal Revenue Service |
| kWh | | Kilowatt-hour |
| MW | | Megawatt |
| MWa | | Average megawatts |
| MWh | | Megawatt-hour |
| NRC | | Nuclear Regulatory Commission |
| NW Natural | | Northwest Natural Gas Company |
| NYMEX | | New York Mercantile Exchange |
| OPUC or the Commission | | Public Utility Commission of Oregon |
| PBGC | | Pension Benefit Guaranty Corporation |
| PGE or the Company | | Portland General Electric Company |

| PUHCA | | Public Utility Holding Company Act of 1935 |
|---|---|---|
| SEC | | Securities and Exchange Commission |
| SFAS | | Statement of Financial Accounting Standards issued by the |
| | | Financial Accounting Standards Board |
| Trojan | | Trojan Nuclear Plant |
| URP | | Utility Reform Project |
| USDOE | | United States Department of Energy |
| VEBA | | Voluntary Employee Beneficiary Association |
| WECC | | Western Electricity Coordinating Council |

**TABLE OF CONTENTS**

**Page**

**Definitions** 2

**PART I**

Item 1. Business 4

Item 2. Properties 19

Item 3. Legal Proceedings 22

Item 4. Submission of Matters to a Vote of Security Holders 28

**PART II**

Item 5. Market for Registrant's Common Equity, Related Stockholder Matters

and Issuer Purchases of Equity Securities 29

Item 6. Selected Financial Data 29

Item 7. Management's Discussion and Analysis of Financial

Condition and Results of Operation 30

Item 7A. Quantitative and Qualitative Disclosures About

Market Risk 71

Item 8. Financial Statements and Supplementary Data 75

Item 9. Changes in and Disagreements with Accountants on

Accounting and Financial Disclosure 132

Item 9A. Controls and Procedures 132

Item 9B. Other Information 132

**PART III**

Item 10. Directors and Executive Officers of the Registrant 133

Item 11. Executive Compensation 139

Item 12. Security Ownership of Certain Beneficial Owners

and Management 141

Item 13. Certain Relationships and Related Transactions 141

Item 14. Principal Accounting Fees and Services 142

**PART IV**

Item 15. Exhibits and Financial Statement Schedules 144

Signatures 146

# Part I

## Item 1. Business

## General

PGE, incorporated in 1930, is a single integrated electric utility engaged in the generation, purchase, transmission, distribution, and retail sale of electricity in the State of Oregon. PGE also sells electricity and natural gas in the wholesale market to utilities and power marketers located throughout the western United States. PGE's service area is located entirely within Oregon and includes 52 incorporated cities, of which Portland and Salem are the largest, within a state-approved service area allocation of approximately 4,000 square miles. PGE estimates that at the end of 2004 its service area population was approximately 1.5 million, comprising about 43% of the state's population. The Company added approximately 13,000 retail customers during 2004, and at December 31, 2004 served approximately 767,000 retail customers.

On July 2, 1997, Portland General Corporation (PGC), the former parent of PGE, merged with Enron Corp., with Enron continuing in existence as the surviving corporation and PGE operating as a wholly owned subsidiary of Enron. On December 2, 2001, Enron, along with certain of its subsidiaries, filed to initiate bankruptcy proceedings under Chapter 11 of the federal Bankruptcy Code. PGE was not included in the filing. For further information, see "Enron Bankruptcy" in Item 7. - "Management's Discussion and Analysis of Financial Condition and Results of Operation."

On November 18, 2003, Enron and Oregon Electric Utility Company, LLC (Oregon Electric), a newly-formed Oregon limited liability company financially backed primarily by investment funds managed by Texas Pacific Group, entered into a definitive agreement under which Enron will sell all of the issued and outstanding common stock of PGE to Oregon Electric. The transaction, which was approved on February 5, 2004 by the Bankruptcy Court in Enron's Chapter 11 bankruptcy proceedings, requires approval of the OPUC, the FERC, the SEC, and certain other regulatory agencies. On March 10, 2005, the OPUC issued Order No. 05-114, in which it denied Oregon Electric's application to purchase PGE. Enron and Oregon Electric have stated that they are carefully reviewing the Order and evaluating their next steps. For further information, see "Enron Bankruptcy - Proposed Sale of PGE" in Item 7. - "Management's Discussion and Analysis of Financial Condition and Results of Operation."

As of December 31, 2004, PGE had 2,644 employees. This compares to 2,687 and 2,757 employees at December 31, 2003 and 2002, respectively. A total of 858 employees are covered under agreements with Local Union No. 125 of the International Brotherhood of Electrical Workers. Such agreements cover 841 employees for a five-year period effective from March 1, 2004 through February 28, 2009. In addition, 17 employees at Coyote Springs are covered under an agreement effective from September 1, 2001 through August 1, 2006.

## Customers and Operating Revenues

### Retail

PGE serves a diverse retail customer base. Residential, the largest customer class, comprises about 88% of the Company's total number of customers, with the remainder comprised largely of commercial customers. At year-end 2004, PGE served 251 large industrial customers. Residential demand is sensitive to the effects of weather, with revenues highest during the winter heating season. Commercial and industrial customer classes are not dominated by any single industry. While the 20 largest customers constitute about 12% of total retail revenues, they represent 11 different commercial and industrial groups, including paper manufacturing, high technology, metal fabrication, food and retail merchandising, health services, and governmental agencies. No single customer represents more than 4% of PGE's total retail load or 3.1% of total retail revenues.

Total retail revenues and MWh energy sales decreased from 2003, reflecting the effect of those customers that began purchasing energy from ESSs in 2004. PGE continues to serve these customers by delivering the energy purchased from ESSs. For further information, see "Results of Operations" and "Resource Valuation Mechanism" in Item 7. - "Management's Discussion and Analysis of Financial Condition and Results of Operation."

### Wholesale (Non-Trading)

Non-trading wholesale electricity sales related to activities to serve retail load requirements comprised about 7% and 22% of total operating revenues in 2004 and 2003, respectively. Non-trading wholesale revenues and energy sales exclude $296 million and 6,802 thousand MWhs for 2004 and $90 million and 2,116 thousand MWhs for 2003, reflecting the October 1, 2003 adoption, on a prospective basis, of Emerging Issues Task Force No. 03-11 (EITF 03-11), "Reporting Realized Gains and Losses on Derivative Instruments That Are Subject to FASB Statement No. 133, Accounting for Derivative Instruments and Hedging Activities, and Not 'Held for Trading Purposes'." EITF 03-11 requires that realized gains and losses associated with non-trading derivative activities that are not physically settled be reported on a net basis in Purchased Power and Fuel expense. Such activities were formerly recorded on a "gross" basis in both Operating Revenues and Purchased Power and Fuel expense. For furthe r information, see Note 1, Summary of Significant Accounting Policies, in the Notes to Financial Statements.

Most of PGE's non-trading wholesale sales are to utilities and power marketers and are predominantly short-term. PGE participates in the wholesale marketplace in order to balance its supply of power to meet the needs of its retail customers, manage risk, and administer its current long-term wholesale contracts. Such participation includes power purchases and sales resulting from economic dispatch decisions for its own generation, which allows PGE to secure reasonably priced power for its customers. In this process, PGE may net purchases and sales with the same counterparty rather than simultaneously receiving and delivering physical power. These net transactions are also referred to as "book outs." Only the net amount of those purchases or sales required to fulfill retail and wholesale obligations are physically settled.

### Other Operating Revenues

Other operating revenues include net gains and losses from PGE's participation in energy trading activities in electricity and natural gas markets. Such activities are not reflected in the Company's retail prices. Also included are sales of natural gas in excess of generating plant requirements, and revenues from transmission services, pole contact rentals, and certain other electric services to customers.

The following table summarizes total Operating Revenues and Energy Sales for the year ended December 31:

| | | | 2004 | | | 2003 | | | 2002 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Amount | | % | Amount | | % | Amount | | % |
| **Operating Revenues (Millions)** | | | | | | | | | | | |
| | Residential | | $ 585 | | 46% | $ 555 | | 43% | $ 567 | | 41% |
| | Commercial[a] | | 504 | | 40% | 500 | | 39% | 550 | | 40% |
| | Industrial[a] | | 181 | | 14% | 228 | | 18% | 269 | | 19% |
| | | Tariff Revenues | 1,270 | | 100% | 1,283 | | 100% | 1,386 | | 100% |
| | | Accrued (Collected) Revenues | 48 | | | 45 | | | 82 | | |
| | Retail | | 1,318 | | | 1,328 | | | 1,468 | | |
| | Wholesale (Non-Trading) [b] | | 107 | | | 393 | | | 391 | | |
| | Other Operating Revenues: | | | | | | | | | | |
| | | Trading Activities - net | 1 | | | 2 | | | (1) | | |
| | | Other | 28 | | | 29 | | | (3) | | |
| | Total Operating Revenues | | $1,454 | | | $1,752 | | | $1,855 | | |
| | | | | | | | | | | | |
| **Energy Sales (Thousands of MWhs)** | | | | | | | | | | | |
| | Residential | | 7,270 | | 41% | 7,099 | | 39% | 7,058 | | 38% |
| | Commercial | | 7,247 | | 41% | 7,190 | | 39% | 7,101 | | 38% |
| | Industrial | | 3,247 | | 18% | 4,137 | | 22% | 4,612 | | 24% |
| | | Retail | 17,764 | | 100% | 18,426 | | 100% | 18,771 | | 100% |
| | | Wholesale (Non-Trading) [b] | 2,539 | | | 9,966 | | | 12,645 | | |
| | Total Energy Sales | | 20,303 | | | 28,392 | | | 31,416 | | |

(a) Retail revenues for 2004 includes $7 million for distribution services related to delivery of 776 thousand MWhs (not included in Energy Sales) to customers of ESSs, with $2 million (159 thousand MWhs) related to Commercial customers and $5 million (617 thousand MWhs) related to Industrial customers. Under Oregon's electricity restructuring law, certain commercial and industrial customers have chosen to be served by an ESS for their energy needs, beginning in 2004. Although the energy is purchased from an ESS, PGE delivers the energy to these customers and bills them a distribution service charge.

(b) Wholesale (Non-Trading) revenues and energy sales indicated above exclude $296 million and 6,802 thousand MWhs for 2004 and $90 million and 2,116 thousand MWhs for 2003, reflecting the net basis presentation required by EITF 03-11, which became effective on October 1, 2003. Prior periods were not reclassified. For further information, see Note 1, Summary of Significant Accounting Policies, in the Notes to Financial Statements.

For further information on year-to-year revenue trends, see Item 7. - "Management's Discussion and Analysis of Financial Condition and Results of Operation."

# Regulation

## General

PGE is subject to the jurisdiction of the OPUC, comprised of three members appointed by Oregon's governor to serve non-concurrent four-year terms. The Commission approves the Company's retail prices and establishes conditions of utility service. The OPUC ensures that the prices and terms of service are fair, non-discriminatory, and provide PGE an opportunity to earn a fair return on its investment. In addition, the Commission regulates the issuance of stock and long-term debt, prescribes the system of accounts to be kept by Oregon utilities, and reviews applications to sell utility assets and engage in transactions with affiliated companies.

Certain activities of PGE are also subject to the jurisdiction of the FERC. The Company is a "licensee" and a "public utility," as those terms are used in the Federal Power Act, and is subject to regulation by the FERC as to accounting policies and practices, licensing of hydroelectric projects, transmission services, wholesale sales, issuance of short-term debt, and other matters. In addition, PGE's interest in a natural gas pipeline is subject to the FERC's jurisdiction. Under the Natural Gas Act of 1938 and the Natural Gas Policy Act of 1978, the FERC's authority includes matters related to extension, enlargement, safety, and abandonment of jurisdictional pipeline facilities, as well as transportation rates and accounting for interstate natural gas commerce.

Construction of new thermal generating facilities requires a permit from the EFSC.

The NRC regulates the licensing and decommissioning of nuclear power plants. In 1993, the NRC issued a possession-only license amendment to PGE's Trojan operating license and in early 1996, the NRC and EFSC approved the Trojan Decommissioning Plan, which has allowed PGE to proceed in decommissioning the plant. PGE's License Termination Plan, approved by the NRC, outlines the process by which PGE will complete the decommissioning of the Trojan site and meet regulatory requirements for decommissioned nuclear facilities. The NRC approved the completed transfer of spent nuclear fuel from the Trojan spent fuel pool to a separately licensed dry cask storage system that will house the nuclear fuel on the plant site until permanent storage is available. In December 2004, upon completion of final radiological surveys, PGE requested NRC termination of the Trojan Nuclear Plant Facility Operating License, which will remove the plant facility and site from regulation. Spent fuel storage activities will continue to be subject to NRC regulation until the storage installation is fully decommissioned, all nuclear fuel is removed from the site, and decontamination is completed. The Oregon Department of Energy also monitors Trojan. For further information, see "Nuclear Decommissioning" in Item 7. - "Management's Discussion and Analysis of Financial Condition and Results of Operation."

**Public Utility Holding Company Act of 1935**

All of the common stock of PGE is owned by Enron. As the owner of PGE's common stock, Enron is a holding company for purposes of PUHCA. Following Enron's acquisition of PGE in 1997, Enron annually filed for an exemption from all provisions of PUHCA (except Section 9(a)(2) thereof). Due to Enron's bankruptcy filing in December 2001, Enron could not provide necessary financial information required for the exemption requested. As a result, in February 2002, Enron filed an application seeking exemption under Section 3(a)(1). To be eligible for such exemption, PUHCA requires, among other things, that PGE's utility activities be predominantly intrastate in character. In December 2003, the SEC denied Enron's PUHCA exemption application under Section 3(a)(1), holding that PGE's utility activities were not predominantly and substantially intrastate in character. On March 9, 2004, Enron registered as a holding company under PUHCA.

Immediately after Enron registered, the SEC issued two orders, one granting Enron and its subsidiaries authority to undertake certain transactions without further authorization from the SEC under PUHCA (Omnibus Order) and the other approving Enron's Fifth Amended Bankruptcy Plan, except the sale of PGE to Oregon Electric, which sale will require additional approval from the SEC. Enron has filed an application, which is pending, with the SEC for approval of the proposed sale of PGE to Oregon Electric.

The Omnibus Order authorizes, among other items, certain transactions specific to PGE and its subsidiaries, including authority for PGE to issue certain short-term debt. In addition, the Omnibus Order authorizes PGE to continue providing cash management services to its subsidiaries and participate in certain transactions among associate companies within Enron's registered holding company system. The authorizations are effective until the earlier of the deregistration of Enron under PUHCA or July 31, 2005. The authority granted to PGE and its subsidiaries in the Omnibus Order minimizes the likelihood that PGE's business will be adversely impacted by Enron's registration under PUHCA.

PUHCA imposes a number of restrictions on the operations of a registered holding company and its subsidiaries within the registered holding company system. As a subsidiary of a registered holding company, PGE is subject to regulation by the SEC with respect to the acquisition of the securities of other public utilities; the acquisition of assets and interests in any other business; the declaration and payment of certain cash distributions; intra-system borrowings or indemnifications; sales, services or construction transactions with other holding company system companies; and the issuance of debt or equity securities, among other matters. To the extent those regulated activities are not approved under the Omnibus Order or otherwise exempt under various rules and the regulations promulgated under PUHCA, PGE would be required to seek additional approvals from the SEC.

Should Oregon Electric receive the regulatory approvals to acquire PGE, Oregon Electric will attempt to qualify for an exemption under Section 3(a)(1) of PUHCA. To qualify, PGE is proposing to restructure certain of its wholesale energy procurement activities. The restructuring involves the creation of a wholly-owned subsidiary of PGE that will separately engage in wholesale term trading on behalf of PGE, solely for PGE's regulated, retail electric service. Because a substantial amount of PGE's wholesale sales occur in the forward term markets, the intention of transferring this activity to a subsidiary is to allow PGE's retail and wholesale energy activities, viewed on a stand-alone basis, to qualify as predominantly intrastate in character. The proposed restructuring has been presented to and is being addressed by the OPUC, the FERC, and the SEC. There can be no assurance that the regulatory approvals required for the proposed restructuring will be obtained.

For further information, see "Enron Bankruptcy - Proposed Sale of PGE" in Item 7. - "Management's Discussion and Analysis of Financial Condition and Results of Operation."

## Regulatory Matters

### Retail Customer Choice Program

Oregon implemented a partial electric customer choice program on March 1, 2002. It provides all commercial and industrial customers of the two large investor-owned utilities in Oregon direct access to competing ESSs, as well as cost-of-service and market price options. Residential and small commercial and industrial customers can purchase electricity from PGE from a "portfolio" of rate options that include a basic cost-of-service rate, a time-of-use rate, and renewable resource rates. It further provides for a "transition adjustment" for non-residential customers that choose to purchase energy at market prices from investor-owned utilities or from ESS's. Such charges or credits reflect the above-market or below-market cost, respectively, of energy resources owned or purchased by the utility and are designed to ensure that such costs or benefits do not unfairly shift to the utility's remaining energy customers.

In 2004, there were four ESSs registered to transact business with PGE, with two serving a total of seven customers with an average load of approximately 86 MWa, about 6% of PGE's non-residential load. In early-2005, there are three registered ESS's that are expected to serve a total of 22 customers with a load of approximately 140 MWa, about 10% of PGE's non-residential load. In addition, a total of 46 commercial and industrial customers were receiving service from PGE under market-based pricing options at the end of 2004. Approximately 34,000 customers have chosen renewable energy options and approximately 2,000 customers have chosen the time of use option.

PGE also offers an option by which certain large non-residential customers may, for a minimum three-year or five-year term, elect to be removed from cost of service pricing, with energy supplied by an ESS or at a daily market rate by PGE. Two customers, with a load of approximately 10 MWa, have chosen the five-year option; one began receiving service from PGE in 2003 and the other began receiving service from an ESS in 2004.

The law also provides for a 10-year Public Purpose Charge, equal to 3% of retail revenues, designed to fund cost-effective conservation measures, new renewable energy resources, and weatherization measures for low-income housing. In addition, the law provides for low-income electric bill assistance.

In accordance with the law and an order from the OPUC, PGE is deferring certain costs related to implementation of the restructuring plan for recovery in electricity prices. Recovery of these costs has begun, with unrecovered costs totaling approximately $20 million at December 31, 2004. The OPUC staff has completed an audit and prudency review of such costs and issued a report finding them to be prudently incurred.