**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

## FORM 8-K

**CURRENT REPORT**

**Pursuant to Section 13 or 15(d) of The Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): August 24, 2020**

# PORTLAND GENERAL ELECTRIC COMPANY
(Exact name of registrant as specified in its charter)

| Oregon | 001-5532-99 | 93-0256820 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

**121 SW Salmon Street, Portland, Oregon 97204**
(Address of principal executive offices, including zip code)

Registrant's telephone number, including area code: (503) 464-8000

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| (Title of class) | (Trading Symbol) | (Name of exchange on which registered) |
|---|---|---|
| Common Stock, no par value | POR | New York Stock Exchange |
| 9.31% Medium-Term Notes due 2021 | POR 21 | New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 or Rule 12b-2 of the Securities Exchange Act of 1934.

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. [ ]

Ex. 6 - DeLuca Decl.
Page 1 of 45

**Item 7.01 Regulation FD Disclosure.**

On August 24, 2020, Portland General Electric Company ("PGE" or the "Company") issued a press release providing a business update in connection with energy trading activity in certain markets that has resulted in material realized and unrealized losses affecting the Company's results of operations. A copy of the press release is furnished as Exhibit 99.1 to this report and is incorporated herein by reference.

In connection with the press release, PGE posted investor materials which included a business update to its investor relations website. A copy of such investor materials is furnished as Exhibit 99.2. The Company has also included a copy of PGE's business update e-mail communication to employees furnished as Exhibit 99.3 and the accompanying employee frequently asked questions (FAQ) document furnished as Exhibit 99.4. Such exhibits are incorporated herein by reference.

**Item 9.01 Financial Statements and Exhibits.**

| **(d)** | **Exhibits.** |
|---|---|
| 99.1 | Press Release Issued by Portland General Electric Company dated August 24, 2020. |
| 99.2 | Portland General Electric slides dated August 24, 2020. |
| 99.3 | Portland General Electric E-mail to Employees. |
| 99.4 | Portland General Electric Employee Frequently Asked Questions (FAQ). |
| 104 | Cover page information from Portland General Electric Company's Current Report on Form 8-K filed August 24, 2020, formatted in iXBRL (Inline Extensible Business Reporting Language). |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

PORTLAND GENERAL ELECTRIC COMPANY

(Registrant)

Date: _____August 24, 2020_____     By: _____/s/ Maria M. Pope_____

Maria M. Pope

*President and Chief Executive Officer*

2

**Exhibit 99.1**
**Portland General Electric**
*One World Trade Center121 S.W. Salmon StreetPortland, Oregon 97204*



*News Release*

August 24, 2020

**Media Contact:**
Brianne Hyder
Corporate Communications
Phone: 503-464-8596

Dan Katcher / Jamie Moser / Arielle Rothstein
Joele Frank, Wilkinson Brimmer Katcher
212-355-4449

**Investor Contact:**
Jardon Jaramillo
Investor Relations
Phone: 503-464-7051

**Portland General Electric Provides Business Update**

*Third Quarter Realized Losses of $104 Million and Unrealized Mark-to-Market Losses of $23 Million in the Company's Energy Trading Portfolio as of August 24, 2020*

*Total Third Quarter Losses in the Portfolio are Estimated to be Up to $155 Million Subject to Market Conditions*

*No Impact on Customer Prices or PGE's Ability to Serve Customers*

*Board Forms Special Committee to Undertake Review*

*Lowers Full-Year 2020 Guidance to $1.30 to $1.60 per Diluted Share*

*No Impact Expected to Dividend Guidance or Long-Term EPS Growth Rate; Company Remains Financially Sound, with Ample Liquidity*

PORTLAND, Ore., August 24, 2020 – Portland General Electric Company (NYSE: POR) ("PGE" or the "Company") today provided a business update in connection with energy trading activity in certain wholesale electricity markets that has resulted in realized and unrealized losses of $127 million as of August 24, 2020.

<u>Background and Formation of Special Committee</u>

PGE personnel entered into a number of energy trades during 2020, with increasing volume accumulating late in the second quarter and into the third quarter, resulting in significant exposure to the Company.

In August 2020, this portion of PGE's energy portfolio experienced significant losses as wholesale electricity prices increased substantially at various market hubs due to extreme weather conditions, constraints to regional transmission facilities, and changes in power supply in the West. During this time period, the California Independent System Operator (CAISO) declared a Stage 3 Electrical Emergency and ordered the first rolling blackouts in the state of California since 2001.

1

As a result of the convergence of these conditions, the Company's energy portfolio, as of August 24, 2020, has experienced realized losses of $104 million and unrealized, mark-to-market losses of $23 million. Total third quarter losses in the portfolio are estimated to be up to $155 million subject to market conditions – although the ultimate amount of losses could exceed that amount.

The increase in net variable power costs due to this trading activity will be recognized in PGE's results of operations. There will be no impact to customer prices, as the Company will not pursue regulatory recovery. The Company noted that the loss does not impact PGE's ability to serve customers.

Promptly upon learning of the issue, the PGE Board of Directors formed a Special Committee comprising five independent Board members (John Ballantine, Jack Davis (Chair), Kathryn Jackson, Neil Nelson and Charles Shivery) to review the energy trading that led to the losses and the Company's procedures and controls related to the trading, and to make recommendations to the Board for appropriate action. The Special Committee has retained Simpson Thacher & Bartlett LLP as its independent legal advisor, which expects to engage additional advisors on behalf of the Special Committee during the course of this review.

Skadden, Arps, Slate, Meagher & Flom LLP is serving as the Company's legal advisor, and J.P. Morgan Securities LLC is serving as its financial advisor. PGE has engaged and is actively working with an external consultant to perform a full operational review of the Company's energy supply risk management policies, procedures and personnel. In addition, PGE has placed two individuals on administrative leave, pending review, and enhanced oversight including implementing immediate supervisory and reporting changes in advance of the conclusion of a broader evaluation.

<u>Annual Earnings Guidance</u>

PGE is revising its full-year 2020 guidance from $2.20 to $2.50 per diluted share to $1.30 to $1.60 per diluted share due to the impacts of higher net variable power costs. This guidance is based on the following assumptions:
- Higher third quarter net variable power costs of up to $155 million;
- Annual retail deliveries flat, weather adjusted, year over year;
- Average hydro conditions for the year;
- Wind generation based on five years of historical levels or forecast studies when historical data is not available;
- Normal thermal plant operations;
- Operating and maintenance expense between $550 million and $570 million, which includes a full-year forecasted bad debt expense of $15 million due to moratoriums on collection activities and customer disconnects; and
- Depreciation and amortization expense between $410 million and $430 million.

The Company believes the impact of this event is isolated to 2020, and reaffirms 4% to 6% long-term diluted earnings per share growth based on previous guidance. The Company does not expect any change to its dividend guidance.

<u>Financing and Liquidity</u>

PGE continues to have a strong balance sheet and ample liquidity.

As of August 24, 2020, the Company maintains short-term liquidity of $155 million cash, a $500 million revolving credit facility, which has a maturity date of November 2023, and a $220 million letter of credit facility, of which $172 million remains available. The Company has $75 million of commercial paper outstanding.

PGE expects to fund estimated capital requirements with cash from operations, issuances of long-term debt securities of up to $325 million, and the issuance of commercial paper, as needed.

PGE believes that the issuance of secured long-term debt, as well as other sources of liquidity, such as borrowings under its revolving credit facility, the expected ability to issue short-term debt, such as commercial paper, and

unsecured long-term debt, and cash expected to be generated from operations provide ample liquidity to meet the Company's anticipated capital and operating requirements.

**About Portland General Electric Company**

Portland General Electric (NYSE: POR) is a fully integrated energy company based in Portland, Oregon, with operations across the state. The company serves approximately 900,000 customers with a service area population of 2 million Oregonians in 51 cities. PGE has 16 generation plants in five Oregon counties, and maintains and operates 13 public parks and recreation areas. For over 130 years, PGE has delivered safe, affordable and reliable energy to Oregonians. Together with its customers, PGE has the No. 1 voluntary renewable energy program in the U.S. PGE and its 3,000 employees are working with customers to build a clean energy future. In 2019, PGE, employees, retirees and the PGE Foundation donated $4.7 million and volunteered 32,900 hours with more than 700 nonprofits across Oregon. For more information visit **portlandgeneral.com/news**.

**Safe Harbor Statement**

Statements in this press release that relate to future plans, objectives, expectations, performance, events and the like may constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995, Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. Forward-looking statements include statements regarding the estimated total third quarter loss due to energy trading activities; the Company's full-year earnings guidance (including expectations regarding the impacts of higher net variable power costs, annual retail deliveries, average hydro conditions, wind generation, normal thermal plant operations, operating and maintenance expense and depreciation and amortization expense); the Company's long-term diluted earnings per share growth; the Company's future dividend guidance; the Company's ability to fund estimated capital requirements with cash from operations, issuances of long-term debt and the issuance of commercial paper; as well as other statements containing words such as "anticipates," "believes," "intends," "estimates," "promises," "expects," "should," "conditioned upon," and similar expressions. Investors are cautioned that any such forward-looking statements are subject to risks and uncertainties, including, without limitation: the outcome of the review being conducted by the Special Committee; the impact of the recommendations of the Special Committee on the Company and its operations; the time and expense incurred in implementing the recommendations of the Special Committee; any reputational damage to the Company relating to the matters underlying the Special Committee's review; demand for electricity; the sale of excess energy during periods of low demand or low wholesale market prices; operational risks relating to the Company's generation facilities, including hydro conditions, wind conditions, disruption of fuel supply, and unscheduled plant outages, which may result in unanticipated operating, maintenance and repair costs, as well as replacement power costs; failure to complete capital projects on schedule or within budget, or the abandonment of capital projects, which could result in the Company's inability to recover project costs; the costs of compliance with environmental laws and regulations, including those that govern emissions from thermal power plants; changes in weather, hydroelectric and energy markets conditions, which could affect the availability and cost of purchased power and fuel; changes in capital market conditions, which could affect the availability and cost of capital and result in delay or cancellation of capital projects; the outcome of various legal and regulatory proceedings; general economic and financial market conditions; severe weather conditions, wildfires, and other natural phenomena and natural disasters that could result in operational disruptions, unanticipated restoration costs, or liability for third party property damage; and cyber security breaches of the Company's customer information system or operating systems, which may affect customer bills or other aspects of our operations; and widespread health emergencies or outbreaks of infectious diseases such as the novel coronavirus disease (COVID-19), which may affect our financial position, results of operations and cash flows. As a result, actual results may differ materially from those projected in the forward-looking statements. All forward-looking statements included in this press release are based on information available to the Company on the date hereof and such statements speak only as of the date hereof. The Company expressly disclaims any current intention to update publicly any forward-looking statement after the distribution of this release, whether as a result of new information, future events, changes in assumptions or otherwise. Prospective investors should also review the risks, assumptions and uncertainties listed in the Company's most recent annual report on form 10-K and in other documents that we file with the United States Securities and Exchange Commission, including management's discussion and analysis of financial condition and results of operations and the risks described therein from time to time.

###

3



# Investor Presentation

Portland General Electric
August 24, 2020

This presentation includes information contained in the business update provided by the Company in its Current Report on Form 8-K filed with the Securities and Exchange Commission on August 24, 2020

# Cautionary statements

**Information Current as of August 24, 2020**

Except as expressly noted, the information in this presentation is current as of August 24, 2020 — the date on which PGE filed its Form 8-K — and should not be relied upon as being current as of any subsequent date. PGE undertakes no duty to update this presentation, except as may be required by law.

**Forward-Looking Statements**

Statements in this presentation that relate to future plans, objectives, expectations, performance, events and the like may constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995, Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. Forward-looking statements include statements regarding earnings guidance; statements regarding future load, hydro conditions and operating and maintenance costs; statements concerning implementation of the company's integrated resource plan; statements concerning future compliance with regulations limiting emissions from generation facilities and the costs to achieve such compliance; as well as other statements containing words such as "anticipates," "believes," "intends," "estimates," "promises," "expects," "should," "conditioned upon," and similar expressions. Investors are cautioned that any such forward-looking statements are subject to risks and uncertainties, including, without limitation: the outcome of the review being conducted by the Special Committee; the impact of the recommendations of the Special Committee on the Company and its operations; the time and expense incurred in implementing the recommendations of the Special Committee; any reputational damage to the Company relating to the matters underlying the Special Committee's review; demand for electricity; the sale of excess energy during periods of low demand or low wholesale market prices; operational risks relating to the Company's generation facilities, including hydro conditions, wind conditions, disruption of fuel supply, and unscheduled plant outages, which may result in unanticipated operating, maintenance and repair costs, as well as replacement power costs; failure to complete capital projects on schedule or within budget, or the abandonment of capital projects, which could result in the Company's inability to recover project costs; the costs of compliance with environmental laws and regulations, including those that govern emissions from thermal power plants; changes in weather, hydroelectric and energy markets conditions, which could affect the availability and cost of purchased power and fuel; changes in capital market conditions, which could affect the availability and cost of capital and result in delay or cancellation of capital projects; the outcome of various legal and regulatory proceedings; general economic and financial market conditions; severe weather conditions, wildfires, and other natural phenomena and natural disasters that could result in operational disruptions, unanticipated restoration costs, or liability for third party property damage; and cyber security breaches of the Company's customer information system or operating systems, which may affect customer bills or other aspects of our operations; and widespread health emergencies or outbreaks of infectious diseases such as the novel coronavirus disease (COVID-19), which may affect our financial position, results of operations and cash flows. As a result, actual results may differ materially from those projected in the forward-looking statements. All forward-looking statements included in this presentation are based on information available to the Company on the date hereof and such statements speak only as of the date hereof. The Company expressly disclaims any current intention to update publicly any forward-looking statement after the distribution of this presentation, whether as a result of new information, future events, changes in assumptions or otherwise. Prospective investors should also review the risks, assumptions and uncertainties listed in the Company's most recent annual report on form 10-K and in other documents that we file with the United States Securities and Exchange Commission, including management's discussion and analysis of financial condition and results of operations and the risks described therein from time to time.

2



The Company

# PGE at a glance

## Quick facts

- Vertically integrated electric utility encompassing generation, transmission and distribution
- 901,000 retail customers within a service area of 1.9 million residents
- 46 percent of Oregon's population lives within PGE service area, encompassing 51 incorporated cities entirely within the State of Oregon
- 75 percent of Oregon's commercial and industrial activity occurs in PGE service area

## Financial snapshot

- 2019 revenue: $2.1 billion
- 2019 diluted earnings per share: $2.39
- Net utility plant assets: $7.3 billion[1]

### 3,800+ MWs of Generation



(1) As of 6/30/2020
(2) Wind component expected to be operational by December 2020



# Attractive, growing service area

- Near-term economic uncertainty driven by COVID-19 pandemic
- While annual rates of growth may fluctuate, we continue to project long term load growth of 1%[1]
- Oregon's annual GDP growth averaged 2.9% over the past two decades[2]
- Oregon ranked 10th nationally in the rate of net in–migration for 2019[3]
- Forecasted long-term industrial sector growth driven by high tech and data centers



(1) Forecasted growth until 2028
(2) U.S. Bureau of Economic Analysis
(3) State of Oregon Employment Department
(4) Sector load growth shown is net of energy efficiency





# Constructive regulatory environment

## Regulatory construct

- Forward test year
- Integrated Resource Planning (IRP)
- Renewable Portfolio Standard (RPS)
- Proven track record of achieving reasonable Commission-approved settlements

## Regulatory mechanisms

- Net variable power cost recovery
    - Annual Power Cost Update Tariff (AUT)
    - Power Cost Adjustment Mechanism (PCAM)
- Decoupling through 2022
- Renewable Adjustment Clause (RAC)

## Regulatory body

- Public Utility Commission of Oregon
- Governor-appointed three member commission serving four-year terms

|  | Term expira |
| --- | --- |
| Megan Decker [D] (Chair) | March 202 |
| Mark Thompson [R] | Nov 202: |
| Letha Tawney [D] | May 202· |



6

# 2019 general rate case



- Approved price increase: 0.5%
- Return on equity (ROE): 9.5%
- Cost of long-term debt: 5.1%
- Capital structure: 50% debt, 50% equity
- Rate base: $4.75 billion

- Energy storage projects associated with renewables can be included in future RAC filings for cost recovery pursuant to a showing of prudence and an appropriate nexus of the storage facility with renewables
- Customer prices can be set using the trended weather method in the load forecast
- Decoupling was expanded to include additional existing customers with demands of up to 200 kW and was extended through 2022

7



# Focus on customers



**Top quartile system reliability**

Edison Electric Institute



**Top quartile customer satisfaction among large electric and electric & gas utilities**

J.D. Power Electric Utility Syndicated Studies



**Trusted business partner & environmental champion**

Cogent Syndicated Utility Trusted Brand & Customer Engagement™ Studies



**No.1 renewable energy program in the nation by enrollment for last decade**

National Renewables Energy Laboratory



# Diverse generation and customer base




**Power sources as a percentage of retail load**
2020 AUT[1]

Hydro 18%
Wind & Solar 12%
Coal 19%
Gas 51%

Total = 2,132 MWa




**Retail revenues by customer class**
2019[2]

Industrial 12%
Residential 52%
Commercial 35%

Total retail revenues = $1.9B

(1) Hydro, wind and solar include PGE-owned and contracted resources
(2) Other revenues contributed 1% of total retail revenues in 2019

# High-quality utility operations



**Western Energy Imbalance Market**

- Highly dependable generation fleet with eight-year average availability of 92%[1]

- Strong power supply portfolio management and western EIM integration to enhance reliability and optimize resources

- Transitioning away from coal-fired generation

- Investment plans to provide safer and more reliable service to our customers

- Smart grid opportunities to incorporate more renewables, decarbonize, power the transportation network and integrate demand side resources

11    (1)  2012 through 2019

# Strong liquidity position for growth

## Available liquidity[1]
(Dollars in millions)



| Financings | Q1 2020 | Q2 2020 | Q3 2020 | Q4 2020 |
|---|---|---|---|---|
| Long-Term Debt Securities | | Issued $200 million | | Issuing up $325 milli |
| Pollution Control Revenue Bonds | Issued $21 million | | | |
| 364-day Term Loan | | Funded $150 million | | |

## Financial resources

- Investment grade credit ratings
- Manageable debt maturities
- Target capital structure of 50% debt and 50% equity

| | S&P | Moody's |
|---|---|---|
| Senior Secured | A | A1 |
| Senior Unsecured | BBB+ | A3 |
| Outlook | Positive | Stable |

(1)  All values as of 8/24/2020
(2)  Contains a $100 million accordion feature





# Debt Maturity Schedule

**Manageable debt maturities**
**Dollars in millions**

13

# Long-term financial performance

## Net income, earnings per share, and ROE



| | 2016 | 2017[1] | 2018 | 2019 | 2020[2] |
|---|---|---|---|---|---|
| EPS (diluted) | $2.16 | $2.29[1] / $2.10[1] | $2.37 | $2.39 | $1.60[2] / $1.30[2] |
| Net income (dollars in millions) | $193 | $187[1] | $212 | $214 | |
| Accounting ROE | 8.4% | 7.9% | 8.6% | 8.4% | 4.5% - 5.6% |
| Allowed ROE | 9.6% | 9.6% | 9.5% | 9.5% | 9.5% |

(1) In 2017 net income based on generally accepted accounting principles (GAAP) was $187 million, or $2.10 per diluted share. After adjusting for the impacts of the Tax Cuts and Jobs Act (TCJA), non-GAAP net income was $204 million, or $2.29 per diluted share. Management believes that excluding the effects of the TCJA ($0.19) provides a more meaningful representation of the Company's comparative earnings. The Company has adjusted this amount to maintain comparability between periods

(2) Estimates and projections are based on assumptions and there can be no assurance regarding the amount of future earnings. Earnings guidance provided as of August 24, 2020

14



# Proven dividend growth

(1)  Compound Annual Growth Rate from 2011 through 2020
(2)  Compound Annual Growth Rate from 2016 through 2020
(3)  Represents annual dividends paid per common share
(4)  Estimates and projections are based on assumptions and there can be no assurance regarding the amount of future dividends
(5)  2020 dividend payout is forecast to be 108% based on a $1.45 EPS at the midpoint of the guidance range.



Ex. 6 - DeLuca Decl.
Page 21 of 45



# Clean and reliable energy future

## Key elements

- Transition PGE customers off coal-fired generation by 2030
- Production tax credits included in annual power cost filings since 2017
- Pursue transportation electrification

## Long-term strategy

- Layered approach balances near-term and long-term risks and benefits for customers
- Incremental renewable actions reduce near-term carbon emissions and puts PGE on track to meet Oregon's carbon reduction goal



Renewable Portfolio Standard



Renewable Additions

Note: Solid line represents renewable additions over time under 2019 Integrated Resource Plan (IRP) reference case conditions. The dashed line represents the median of renewable resource additions across all futures presented in the 2019 IRP and the shaded area reflects the 25th – 75th percentile of renewable resource additions across futures

18

# 2019 Integrated Resource Plan

**Q1 2020**
Acknowledgement received in public meeting on March 16



**2020**
Discussing capacity contract terms with regional operators of existing resources



**2024**
Targeting online dates in 2024 for new capacity and renewable resources

## Action Plan

- The plan reflects our focus on meeting customer needs and addressing stakeholder feedback.

### Customer Resource Actions

- Increased energy efficiency, demand response, storage and dispatchable standby generation

### Renewable Resource Actions

- A renewable RFP of up to 150 MWa, targeting online in 2024

### Capacity Resource Actions

- A multi-stage procurement process for up to 700 MW of capacity contribution by 2025
- Pursue cost-competitive agreements for existing capacity in the region
- Conduct an RFP for remaining capacity needs



# Integrated Operations Center

## Improving security, resiliency, and reliability for our customers

- A new 24/7 center for key operations
- Advances our integrated grid strategy
- Significantly improves seismic resilience, cyber and physical security
- Improves monitoring, control and optimization of distributed assets and our distribution system




20

# Building a smarter, more resilient grid

## INITIATIVES

**Grid Modernization**

1. Core Utility Assets
2. Field Area Network
3. Distribution Automation
4. Management systems for feeders and substations, distributed energy resources, customer technologies and energy storage systems
5. Integrated Operations Center
6. Distributed Resource Planning

## FRAMEWORK

**GRID PLANNING & ENGINEERING**

**INTEGRATED OPERATIONS AND OPTIMIZATION**

INTEGRATION OF DERs & CUSTOMER TECHNOLOGIES

Interconnectivity Layer
(Data Management and Applications)

GRID MANAGEMENT SYSTEM(S)

AUTOMATION & SENSING

COMMUNICATIONS

INFRASTRUCTURE

21

# Capital investments[1]



Legend: Ongoing capital expenditures · Wheatridge Renewable Energy Facility · Integrated Operations Center

## Outlook

- 2020 capital plan on schedule, previously reduced in response to COVID-19 and economic conditions
- Updating and replacing aging generation, transmission and distribution equipment
- Building a smarter, more resilient grid

22    (1) Values as of 8/24/2020. Capital investments exclude allowance for funds used under construction. Dollar values in millions. Estimates and projections are based on assumptions and there can be no assurance regarding the amount of future capital investments.

# Environmental, Social and Governance (ESG)

| Environmental | Social | Governance |
|---|---|---|

**Decarbonize**

More than 80% reduction in GHG emissions associated with serving retail load by 2050 (using a 2010 baseline)

**Electrify**

Smart grid test beds, accelerating transportation electrification, EV transit partnerships

**Reliability**

System upgrades, demand response and access to capacity

**Customers**

Ensuring universal access at affordable prices

**Community**

Volunteered 32,900 hours, by PGE, employees and retirees

**Employees**

Leadership development programs for women and People of Color employees interested in management, eight Business Resource Groups, pre-apprentice training and outreach and tuition reimbursement

**Experienced**

Wide range of skills, backgrounds and leadership positions

**Diverse**

50% of Directors contributing gender/racial diversity, including female CEO

**Independent**

CEO is the only non-independent board member, independent board committees

Additional information (can be found through investors.portlandgeneral.com/esg):
- PGE Sustainability Report Key Metrics
- PGE ESG Presentation



23

# PGE investor relations team

**Jardon Jaramillo**
Senior Director – Treasury, Investor
Relations and Finance Operations
(503) 464-7051
Jardon.Jaramillo@pgn.com

**Peter Davis**
Analyst, Investor Relations
(503) 464-8586
Peter.Davis@pgn.com

**Portland General Electric**
Investors.PortlandGeneral.com
121 SW Salmon Street
Suite 1WTC0506
Portland, OR 97204

Online
investors.portlandgeneral.com



24



# Portland General Electric
## Appendices

# 2016 Integrated Resource Plan

A flexible, balanced plan that reflects our commitment to a low-carbon future and achieves the Oregon Clean Electricity Plan

### Renewables

- Procured renewables (100 MWa) to help ensure Oregon Clean Electricity Plan
  - Wheatridge Renewable Energy Facility:
    - Split ownership and PPA[1]
    - Resource capacity:
      - Wind              300 MW online in 2020
      - Solar             50 MW online in 2021
      - Battery           30 MW online in 2021

### Capacity need

- Executed contracts for 300 MWs through RFP procurement process:
  - 200 MW of annual capacity with five-year terms beginning 2021
  - 100 MW of seasonal peak capacity during summer and winter periods with a five-year term beginning 2019



Solar | **FIRST-OF-ITS-SCALE** RENEWABLE POWER FACILITY — Wheatridge Renewable Energy Facility | Wind | Battery storage

26   (1)  PGE will own 100 megawatts of the wind project. Subsidiaries of NextEra Energy Resources will own the balance of the project and sell its output to PGE under 30-year power purchase agreements

# Recovery of power costs

## Annual power cost update tariff

- Annual reset of prices based on forecast of net variable power costs (NVPC) for the coming year
- Subject to OPUC prudency review and approval, new prices go into effect on or around January 1 of the following year

### Power Cost Adjustment Mechanism (PCAM)



- PGE absorbs 100% of the costs/benefits within the deadband, and amounts outside the deadband are shared 90% with customers and 10% with PGE
- An annual earnings test is applied using the regulated ROE as a threshold
- Customer surcharge occurs if PGE's actual regulated ROE is below 8.5%; ROE will not exceed 8.5% with surcharge
- Customer refund occurs if PGE's actual regulated return is above 10.5%; regulated return will not decrease below 10.5% with refund

27

# Renewable portfolio standard

## Additional renewable resources

- As of 2018, PGE had the following qualifying renewable resources:

| Type of Resource | % of Retail Load |
|---|---|
| Wind | 9.9% |
| Low-Impact Hydro | 2.5% |
| Solar & Other | <1% |

### Renewable Portfolio Standard:

| 2011 | 2015 | 2020 | 2025 | 2030 | 2035 | 2040 |
|---|---|---|---|---|---|---|
| 5% | 15% | 20% | 27% | 35% | 45% | 50% |

- Renewable Portfolio Standard qualifying resources and Renewable Energy Certificates (RECs) supplied approximately 10% of PGE's retail load in 2012, 2013, and 2014, and approximately 15% of retail load in 2015, 2016, 2017 and 2018

## Renewable Adjustment Clause

- Renewable resource can be tracked into prices, through an automatic adjustment clause, without a general rate case. Using Schedule 122, prices go into effect on the resource's in-service date and are updated annually. Upon Commission approval of the subsequent general rate case the renewable resource is included in base prices and Schedule 122 goes back to zero

28



# Decoupling Mechanism

The decoupling mechanism is intended to allow recovery of margin lost due to a reduction in sales of electricity resulting from customers' energy efficiency and conservation efforts

Collections under the decoupling mechanism are subject to an annual limitation of 2% of the applicable tariff schedule

This includes a Sales Normalization Adjustment (SNA) mechanism for residential and nonresidential customers (≤ 200 kW) and a Lc Revenue Recovery Adjustment (LRRA), for large nonresidential customers (up to 1 MWa).

- The SNA is based on the difference between actual usage per customer and that projected in PGE's 2019 general rate case. The SNA mechanism applies to approximately 76% of 2019 customer revenues

- The LRRA is based on the difference between actual energy-efficiency savings (as reported by the ETO) and those incorporated in the applicable load forecast. The LRRA mechanism applies to approximately 16% of 2019 customer revenues

### Recent Decoupling Results

| (dollars in millions) | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|
| Sales Normalization Adjustment | $(8.8) | $1.9 | $11.6 | $(1.3) | $14.4 |
| Lost Revenue Recovery Adjustment | $(0.5) | $(0.8) | $(0.4) | $(1.1) | $(0.1) |
| **Total adjustment** | **$(9.3)** | **$1.1** | **$11.2** | **$(2.4)** | **$14.3** |

Note: refund = (negative) / collection = positive

29



# Average retail price comparison

## Residential and Commercial - Summer 2019





**Residential Electric Service Prices:**
1,000 kWh monthly consumption
(Prices in cents per kWh)

**Commercial Electric Service Prices:**
40 kW demand and 14,000 kWh monthly consumption
(Prices in cents per kWh)

Notes:
- This average is based on Investor-owned utilities only
- EEI U.S. Average is based on Investor-owned utilities only
- Source: EEI Typical Bills and Average Rates Report for Prices in effect Jul. 1, 2019

30



# Average retail price comparison

## Small and Large Industrial - Summer 2019





Notes:
· This average is based on Investor-owned utilities only
· EEI U.S. Average is based on Investor-owned utilities only
· Source: EEI Typical Bills and Average Rates Report for Prices in effect Jul. 1, 2019



Case 3:20-cv-01583-SI    Document 39-6    Filed 03/12/21    Page 37 of 45

Ex. 6 - DeLuca Decl.
Page 37 of 45

*PGE Employee Email*



Exhibit 99.3

## PGE Employee Email

### August 24, 2020

Today, we issued an important business update in connection with energy trading activity in certain wholesale electricity markets that has resulted in a significant financial loss. I know and appreciate how hard each and every one of you has been working through this unusual time – with the pandemic as well as the difficult economic and social realities all around us. I also appreciate this will be an added burden and I am grateful for how you show up every day serving our customers and communities efficiently and safely. As we work to lead the clean/green energy future, our work is more important than ever in our 130-year history.

Before I share specifics, I want to make a few things very clear.

- The Board of Directors and management team are taking this seriously.
- We will be transparent and are committed to making changes where needed.
- We are accountable and our customers will not be impacted. To put a finer point on it, there will be no impact to customer prices, as PGE will not pursue regulatory recovery.
- There is a dedicated team focused on resolving these issues, ensuring you are focused on safely performing your important work. Operating and capital budgets for 2020 and planning for 2021 will not be adjusted. We do not anticipate any layoffs as a result of this situation.
- As an essential service provider, we have a unique responsibility and our commitment to delivering safe, reliable, affordable power to all our customers is unwavering.

With that as our foundation, let me share what we know today and outline next steps.

Certain PGE personnel entered into a number of energy trades during 2020, with increasing volume accumulating late in the second quarter and into the third quarter, resulting in significant exposure to the Company. Simply put, these trades were ill conceived.

This August, wholesale electricity prices increased substantially at various market hubs due to extreme weather conditions, constraints to regional transmission facilities, and changes in power supply in the West. During this time, the California Independent System Operator (CAISO) declared a Stage 3 Electrical Emergency and ordered the first rolling blackouts in the state of California since 2001. The convergence of these conditions has resulted in realized and unrealized losses for the Company's energy portfolio of $127 million as of today, August 24, 2020. Given the timing of our disclosure, and certain trades that will settle in the near future, total third quarter losses in the portfolio are estimated to be up to $155 million subject to market conditions – although the ultimate amount of losses could exceed that amount.

Our Board has formed a Special Committee to review the energy trading that led to the losses and PGE's procedures and controls related to the trading, and to make recommendations to the Board for appropriate action. The Board and management team have also engaged external consultants to perform a full operational review of our energy supply risk management policies, procedures and personnel. Paymon Aliabadi, the recently retired Chief Risk Officer of Exelon Corporation, will be advising us as a company on this matter. To date, we have placed two individuals on administrative leave, pending review. Additionally, we have enhanced oversight including implementing immediate supervisory and reporting changes that involve new responsibilities for both Jim Lobdell and Larry Bekkedahl. Effective immediately, power operations will report to Jim Lobdell. Jardon



**PGE Employee Email**

Jaramillo, with assistance from Paymon Aliabadi, will report to myself overseeing risk management. Brad Jenkins and Kristin Stathis will report to Larry Bekkedahl.

The work we do every day to generate, transmit and deliver reliable power to customers and serve our communities is and always will be our highest priority. This situation is not reflective of who we are at our core and we will learn from the situation and make necessary changes to ensure this will never happen again. We remain a company committed to leading with integrity.

The Special Committee of the Board and a dedicated team are focused on resolving these issues as quickly as possible. We will do all within our control to minimize the distractions to your critical and essential work. During periods of high stress it's imperative that the safety of our coworkers and customers remains our highest priority. Your work is important, and this will not impact our customers and communities. Thank you for all you do every day as ONE PGE.

While we do not have all the answers, a thorough review is being conducted and we are committed to being transparent. Attached is an FAQ to help address some of your initial questions.

This is likely to get a lot of attention and lead to increased interest and questions about PGE. It is important that we speak with one voice. Consistent with Company policy, please forward any inquiries from the media or any interested third parties to Brianne Hyder at Brianne.hyder@pgn.com.

I speak on behalf of the entire leadership team when I say that I am immensely grateful for the long hours you all have put into powering our community and helping connect Oregonians to what matters most to them. We are living in a truly historic time, and I am honored to work alongside each of you.

Again, thank you for your focus, hard work and commitment to each other, our customers and the communities we serve.

Many thanks,

Maria

**Safe Harbor Statement**

Statements in this communication that relate to future plans, objectives, expectations, performance, events and the like may constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995, Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. Forward-looking statements include statements regarding the estimated total third quarter loss due to energy trading activities; the Company's full-year earnings guidance; as well as other statements containing words such as "anticipates," "believes," "intends," "estimates," "promises," "expects," "should," "conditioned upon," and similar expressions. Investors are cautioned that any such forward-looking statements are subject to risks and uncertainties, including, without limitation: the outcome of the review being conducted by the Special Committee; the impact of the recommendations of the Special Committee on the Company and its operations; the time and expense incurred in implementing the recommendations of the Special Committee; any reputational damage to the Company relating to the matters underlying the Special Committee's review; demand for electricity; the sale of excess energy during periods of low demand or low wholesale market prices; operational risks relating to the Company's generation facilities, including hydro conditions, wind conditions, disruption of fuel supply, and unscheduled plant outages, which may result in unanticipated operating, maintenance and repair costs, as well as replacement power costs; failure to complete capital projects on schedule or within budget, or the abandonment of capital projects, which could result in the Company's inability to recover project costs; the costs of compliance with environmental laws and regulations,

**PGE Employee Email**



including those that govern emissions from thermal power plants; changes in weather, hydroelectric and energy markets conditions, which could affect the availability and cost of purchased power and fuel; changes in capital market conditions, which could affect the availability and cost of capital and result in delay or cancellation of capital projects; the outcome of various legal and regulatory proceedings; general economic and financial market conditions; severe weather conditions, wildfires, and other natural phenomena and natural disasters that could result in operational disruptions, unanticipated restoration costs, or liability for third party property damage; and cyber security breaches of the Company's customer information system or operating systems, which may affect customer bills or other aspects of our operations; and widespread health emergencies or outbreaks of infectious diseases such as the novel coronavirus disease (COVID-19), which may affect our financial position, results of operations and cash flows. As a result, actual results may differ materially from those projected in the forward-looking statements. All forward-looking statements included in this communication are based on information available to the Company on the date hereof and such statements speak only as of the date hereof. The Company expressly disclaims any current intention to update publicly any forward-looking statement after the distribution of this communication, whether as a result of new information, future events, changes in assumptions or otherwise. Prospective investors should also review the risks, assumptions and uncertainties listed in the Company's most recent annual report on form 10-K and in other documents that we file with the United States Securities and Exchange Commission, including management's discussion and analysis of financial condition and results of operations and the risks described therein from time to time.

*August business update employee FAQ*

Exhibit 99.4

1. **What was announced?**
   - We provided a business update in connection with energy trading activity in certain wholesale electricity markets that has resulted in realized and unrealized losses of $127 million as of August 24, 2020. Given the timing of our disclosure, and certain trades that will settle in the near future, total third quarter losses in the portfolio are estimated to be up to $155 million subject to market conditions – although the ultimate amount of losses could exceed that amount.
   - Our Board of Directors has formed a Special Committee to review the energy trading that led to the losses and PGE's procedures and controls related to the trading, and to make recommendations to the Board.
   - The Company and Special Committee have also engaged external consultants to perform a full review of operational and risk management policies, procedures and personnel.
   - While this has resulted in a significant financial loss, it's important to understand that this will not impact our customers and communities we serve. Operating and capital budgets for 2020 and planning for 2021 will not be adjusted.
   - We continue to have a strong balance sheet and ample liquidity.

2. **How did this happen? Could this happen again?**
   - Certain PGE personnel entered into a number of energy trades during 2020, with increasing volume accumulating late in the second quarter and into the third quarter, resulting in significant exposure to the Company.
   - This August, wholesale electricity prices increased substantially at various market hubs due to extreme weather conditions, constraints to regional transmission facilities, and changes in power supply in the West.
   - During this time, the California Independent System Operator (CAISO) declared a Stage 3 Electrical Emergency and ordered the first rolling blackouts in the state of California since 2001.
   - The convergence of these conditions has resulted in a significant financial loss.
   - Our Board of Directors has formed a Special Committee to review the energy trading that led to the losses and PGE's procedures and controls related to the trading.
   - We are committed to getting to the bottom of how this happened and ensuring it will never happen again.
   - Paymon Aliabadi, the recently retired Chief Risk Officer of Exelon Corporation, as well as J.P. Morgan (energy trading advisory), have been retained to assist in minimizing the impact of this issue, and to ensure control and support other risk management activities.

3. **Will there be any changes in management or at other levels of the Company as a result of this issue?**
   - As noted in the Company email and press release, we have placed two individuals on administrative leave, pending review. We have also enhanced oversight including implementing immediate supervisory and reporting changes in advance of the conclusion of a broader evaluation.
   - Effective immediately, power operations, under Dee Outama, will report to Jim Lobdell. Jardon Jaramillo, with assistance from Paymon Aliabadi, will report to Maria Pope overseeing risk management.
   - Also effective immediately, Brad Jenkins and Kristin Stathis will report to Larry Bekkedahl. This will help ensure the operations side of PGE is working very closely together and staying focused on what we do best—serving our customers and innovating for the future.
   - The Special Committee of the Board is undertaking a thorough review and will ensure that we understand the root cause so that we can make sure this doesn't happen again.



*August business update employee FAQ*

4. **Is my job at risk? Will there be layoffs as a result of this issue?**
   - Please know that your work is important, and this will not impact our customers and communities. We do not anticipate any layoffs as a result of this.
   - Operational excellence, ensuring safety, reliability and resiliency of our system is all the more important during the pandemic period.
   - As you know we have just revised O&M and capital budgets to reflect the economic situation – we will not make any changes to those budgets.
   - The Special Committee of the Board and a dedicated team are focused on resolving these issues as quickly as possible. We will do all within our control to minimize the distractions to your critical and essential work.

5. **Will my compensation and benefits change as a result of this issue?**
   - There are no changes to announce at this time.
   - As is the normal course, the Compensation Committee will review bonuses and all discretionary compensation just after the year closes.
   - We are committed to being transparent and maintaining the progress we have made in becoming more cost effective, results focused and with customers at the center of all that we do.

6. **Will such a large loss cause us to change our long-term business strategy? Will we have to seek equity, redirect investments or hit "pause" on any of our ongoing projects?**
   - PGE continues to have a strong balance sheet and ample liquidity, and our commitment to serving our customers and our communities remains unchanged.
   - Adequately maintaining our system is critical to ongoing safety and reliability. Our focus on a clean energy future for Oregon remains unchanged and as part of that, our commitment to build a smarter and more integrated grid is a key priority.

7. **Will this issue impact our ability to service our customers, or the prices they pay?**
   - We remain a Company committed to leading with integrity.
   - We are accountable and our customers will not be impacted.
   - To put a finer point on it, there will be no impact to customer prices, as PGE will not pursue regulatory recovery. The work we do every day to generate, transmit and deliver reliable power to customers and serve our communities is and always will be our highest priority.

8. **What should I do if contacted by customers, the media, investors or analysts?**
   - Consistent with Company policy, please forward any inquiries from the media or any interested third parties to Brianne Hyder at Brianne.hyder@pgn.com. Please do not speculate on what you think may or may not have happened.

9. **Who should I contact if I have more questions?**
   - If you have additional questions, please reach out to your officer or any one of their direct reports.

*August business update employee FAQ*



**Safe Harbor Statement**

Statements in this communication that relate to future plans, objectives, expectations, performance, events and the like may constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995, Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. Forward-looking statements include statements regarding the estimated total third quarter loss due to energy trading activities; the Company's full-year earnings guidance; as well as other statements containing words such as "anticipates," "believes," "intends," "estimates," "promises," "expects," "should," "conditioned upon," and similar expressions. Investors are cautioned that any such forward-looking statements are subject to risks and uncertainties, including, without limitation: the outcome of the review being conducted by the Special Committee; the impact of the recommendations of the Special Committee on the Company and its operations; the time and expense incurred in implementing the recommendations of the Special Committee; any reputational damage to the Company relating to the matters underlying the Special Committee's review; demand for electricity; the sale of excess energy during periods of low demand or low wholesale market prices; operational risks relating to the Company's generation facilities, including hydro conditions, wind conditions, disruption of fuel supply, and unscheduled plant outages, which may result in unanticipated operating, maintenance and repair costs, as well as replacement power costs; failure to complete capital projects on schedule or within budget, or the abandonment of capital projects, which could result in the Company's inability to recover project costs; the costs of compliance with environmental laws and regulations, including those that govern emissions from thermal power plants; changes in weather, hydroelectric and energy markets conditions, which could affect the availability and cost of purchased power and fuel; changes in capital market conditions, which could affect the availability and cost of capital and result in delay or cancellation of capital projects; the outcome of various legal and regulatory proceedings; general economic and financial market conditions; severe weather conditions, wildfires, and other natural phenomena and natural disasters that could result in operational disruptions, unanticipated restoration costs, or liability for third party property damage; and cyber security breaches of the Company's customer information system or operating systems, which may affect customer bills or other aspects of our operations; and widespread health emergencies or outbreaks of infectious diseases such as the novel coronavirus disease (COVID-19), which may affect our financial position, results of operations and cash flows. As a result, actual results may differ materially from those projected in the forward-looking statements. All forward-looking statements included in this communication are based on information available to the Company on the date hereof and such statements speak only as of the date hereof. The Company expressly disclaims any current intention to update publicly any forward-looking statement after the distribution of this communication, whether as a result of new information, future events, changes in assumptions or otherwise. Prospective investors should also review the risks, assumptions and uncertainties listed in the Company's most recent annual report on form 10-K and in other documents that we file with the United States Securities and Exchange Commission, including management's discussion and analysis of financial condition and results of operations and the risks described therein from time to time.