**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Dallas DeLuca, OSB #072992**
DallasDeLuca@MarkowitzHerbold.com
**Stanton R. Gallegos, OSB #160091**
StantonGallegos@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Tel:  (503) 295-3085
Fax:  (503) 323-9105

   Attorneys for Defendants
   (Additional counsel listed on the Court's file)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| In re Portland General Electric Company Securities Litigation | No. 3:20-cv-01583-SI (Lead)<br><br>**DECLARATION OF DALLAS DELUCA WITH APPENDIX A TO DEFENDANTS' MOTION TO DISMISS** |

I, Dallas DeLuca, declare:

1. I am a Shareholder with Markowitz Herbold PC and am one of the attorneys for Defendant Portland General Electric Company ("PGE"), Maria Pope and James F. Lobdell (the "Individual Defendants" and with PGE, "Defendants") in the above captioned-matter.  I make this declaration of my own personal knowledge.  The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2. The following table, referenced as "Appendix A" and "App'x A" in PGE's Motion to Dismiss, summarizes statements challenged in the Amended Consolidated Class Action

**Page 1 -** **DECLARATION OF DALLAS DELUCA WITH APPENDIX A TO DEFENDANTS' MOTION TO DISMISS**

Complaint for Violations of the Federal Securities Law (Dkt. 26) ("AC") with the respective

original sources.

| Row | Source | Alleged Statement |
|---|---|---|
| **Statements Concerning PGE's Trading for "Non-Retail Purposes"** |||
| 1 | 2019 Form 10-K; First Quarter 2020 Form 10-Q; Second Quarter 2020 Form 10-Q | "*[PGE] does not engage in trading activities for non-retail purposes.*" (AC ¶¶110, 112, 122, 131 (emphasis in original).) |
| **Statements Concerning PGE's Participation in the Wholesale Electricity Marketplace and Price Risk Management** |||
| 2 | 2019 Form 10-K | "PGE participates in the *wholesale electricity marketplace* in order to balance its supply of power to meet the needs of its retail customers." (AC ¶¶106, 108 (emphasis added).) |
| 3 | 2019 Form 10-K | "PGE executes economic dispatch decisions concerning its own generation and participates in the *wholesale market* in an effort to obtain reasonably-priced power for its retail customers, manage risk, and administer its long-term wholesale contracts." (AC ¶106 (emphasis added).) |
| 4 | 2019 Form 10-K | "[Wholesale revenues] [r]esult[] from *sales of electricity to utilities and power marketers* made in the Company's efforts to secure reasonably priced power for its retail customers, manage risk, and administer its current long-term wholesale contracts." (AC ¶108 (emphasis added; modifications in brackets correct inaccuracies in reproduction in AC).) |
| 5 | 2019 Form 10-K | "*The Company engages in price risk management activities to manage exposure to volatility in net power costs for its retail customers.*" (AC ¶110 (emphasis in original).) |
| 6 | 2019 Form 10-K; First Quarter 2020 Form 10-Q; Second Quarter 2020 Form 10-Q | "*Price Risk Management: PGE participates in the wholesale marketplace to balance its supply of power, which consists of its own generation combined with wholesale market transactions, to meet the needs of its retail customers, manage risk, and administer its existing long-term wholesale contracts.*" (AC ¶¶122, 131 (emphasis in original).) |
| **Statements Concerning PGE's Earnings and Corporate Strategy** |||
| 7 | Fourth Quarter 2019 Form 8-K | PGE's "increase in full-year 2019 earnings was driven by an increase in revenues from higher retail prices and increased loads from industrial customers when compared to 2018." (AC ¶116.) |
| 8 | Fourth Quarter 2019 Earnings Call | "*So, we take the least cost, least risk proposals that come our way*." (AC ¶118 (emphasis in original).) |
| 9 | Fourth Quarter 2019 Earnings Call | PGE's "increase in earnings per share was driven by improved gross margin due to strong industrial demand and higher earnings from ongoing investment in our system." (AC ¶120.) |

**Page 2 -   DECLARATION OF DALLAS DELUCA WITH APPENDIX A TO DEFENDANTS' MOTION TO DISMISS**

| Row | Source | Alleged Statement |
|---|---|---|
| 10 | First Quarter 2020 Form 10-Q; Second Quarter 2020 Form 10-Q | "*The Company generates revenues and cash flows primarily from the sale and distribution of electricity to retail customers in its service territory.*" (AC ¶122, 131 (emphasis in original).) |
| 11 | First Quarter 2020 Earnings Press Release, attached as Ex. 99.1 to First Quarter 2020 Form 8-K/A | "'Our financial performance this quarter largely reflects conditions experienced prior to the COVID-19 pandemic,' said Maria Pope, PGE president and CEO. . . . 'Given the deteriorating economic outlook, the company is revising full-year earnings guidance to $2.20 to $2.50 per diluted share. This guidance includes a decrease in annual retail deliveries of 1 to 2%, weather adjusted, and reflects management actions to reduce operating and maintenance and capital spending. Our forecasts of long-term earnings growth remain at 4 to 6%. Total revenues showed no change as increases in retail revenues and wholesale revenues were offset by a decrease in other operating revenues. Lower purchased power and fuel expense resulted from a lower power cost per MWh primarily due to strong wind production. In addition, lower operating expenses were driven by reduced plant maintenance expense, which was partially offset by increased distribution expense. Earnings were also impacted by a decline in the market value of the non-qualified benefit trust and higher depreciation and amortization as the result of capital additions." (AC ¶124.) |
| 12 | First Quarter 2020 Earnings Call | "*I would add that our long-term strategy has not changed.*" (AC ¶126 (emphasis in original).) |
| 13 | First Quarter 2020 Earnings Call | "[F]or the first quarter of 2020, we reported net income of $81 million or $0.91 per share, an increase of $0.09 per share compared to 2019 results. *The strong first quarter was driven by an increase in high-tech and digital services demand as well as lower power costs and operating expenses.*" (AC ¶128 (emphasis in original).) |
| 14 | Second Quarter 2020 Earnings Press Release, attached as Ex. 99.1 to Second Quarter 2020 Form 8-K | "*Total revenues [in the second quarter of 2020] increased as a result of higher residential, industrial and wholesale demand, which was partially offset by lower commercial demand.*" (AC ¶133 (emphasis in original).) |
| **PGE's Sarbanes-Oxley Certifications** | | |
| 15 | Certifications, attached as Exs. 31.1 and 31.2 to 2019 Form 10-K | "I have reviewed this Annual Report on Form 10-K of Portland General Electric Company; Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report; Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report; The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and |

**Page 3 -   DECLARATION OF DALLAS DELUCA WITH APPENDIX A TO DEFENDANTS' MOTION TO DISMISS**

| Row | Source | Alleged Statement |
|---|---|---|
| | | procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have: (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared; (b) Designed such internal controls over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles; (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusion about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation . . . The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions); (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting." (AC ¶104.) |
| 16 | 2019 Form 10-K | Under the supervision and with the participation of the Chief Executive Officer and the Chief Financial Officer, has evaluated the effectiveness of the Company's disclosure controls and procedures (as defined in Rule 13a-15(e) under the Securities Exchange Act of 1934, as amended (the "Exchange Act")) as of the end of the period covered by this report pursuant to Rule 13a-15(b) under the Exchange Act. ***Based on that evaluation, the Chief Executive Officer and Chief Financial Officer have concluded that, as of the end of such period, the Company's disclosure controls and procedures are effective.*** Management of the Company, under the supervision and with the participation of the Chief Executive Officer and Chief Financial Officer, has evaluated the effectiveness of the Company's internal control over financial reporting as of the end of the period covered by this report pursuant to Rule 13a-15(c) under the Exchange Act. Management's assessment was based on the framework established in *Internal Control-Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission. Based |

| Row | Source | Alleged Statement |
|-----|--------|-------------------|
|     |        | on this assessment, management has concluded that, as of December 31, 2019, *the Company's internal control over financial reporting is effective.* (AC ¶114 (emphasis in original).) |

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 12, 2021.

*s/Dallas DeLuca*

Dallas DeLuca, OSB #072992

1116973

**Page 5 - DECLARATION OF DALLAS DELUCA WITH APPENDIX A TO DEFENDANTS' MOTION TO DISMISS**