**David Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Dallas DeLuca, OSB #072992**
DallasDeluca@MarkowitzHerbold.com
**Stanton R. Gallegos, OSB #160091**
StantonGallegos@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Tel:  (503) 295-3085

Attorneys for Defendants
(Additional counsel listed in Court's file)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| In re Portland General Electric Company Securities Litigation | Case No.: 3:20-cv-1583-SI<br><br>**DECLARATION OF DALLAS DELUCA IN SUPPORT OF DEFENDANTS' REQUEST FOR INCORPORATION BY REFERENCE AND JUDICIAL NOTICE**<br><br>**Pursuant to Fed. R. Evid. 201** |

I, Dallas DeLuca, declare:

1.      I am a Shareholder with Markowitz Herbold PC and am one of the attorneys for

Defendant Portland General Electric Company ("PGE"), Maria Pope and James F. Lobdell (the

"Individual Defendants" and with PGE, "Defendants") in the above captioned-matter. I make this

declaration in support of Defendants' Request for Incorporation by Reference and Judicial Notice

in Support of Defendants' Motion to Dismiss the Consolidated Amended Class Action

Complaint. This declaration is based on my own personal knowledge and if called upon to do so,

I could and would testify competently thereto.

**Page 1 -    DECLARATION OF DALLAS DELUCA IN SUPPORT OF DEFENDANTS'
REQUEST FOR JUDICIAL NOTICE**

2.      Exhibit 1 to this declaration is a true and correct copy of excerpts of the Form 10-K filed by PGE with the Securities & Exchange Commission ("SEC") on March 11, 2005 ("2004 10-K"). This document is publicly available.

3.      Exhibit 2 to this declaration is a true and correct copy of excerpts of the Form 10-K filed by PGE with the SEC on March 16, 2006 ("2005 10-K"). This document is publicly available.

4.      Exhibit 3 to this declaration is a true and correct copy of the Form 10-K filed by PGE with the SEC on February 14, 2020 ("2019 10-K"). This document is publicly available and referenced in the Amended Consolidated Class Action Complaint for Violations of the Federal Securities Law (Dkt. 26) ("Amended Complaint") at paragraphs 5, 16-17, 30-32, 35, 44-46, 84, 87-88, 97, 101, 103-15, 135, 142-43, 146-48, 150, 167, 170-75, 180, and 181.

5.      Exhibit 4 to this declaration is a true and correct copy of the Form 10-Q filed by PGE with the SEC on April 24, 2020 ("Q1 10-Q"). This document is publicly available and referenced in the Amended Complaint at paragraphs 5, 16-17, 35, 45-46, 101, 122-23, 135, 142-43, 146-48, 150, 167, 170-75, and 180-81.

6.      Exhibit 5 to this declaration is a true and correct copy of the Form 10-Q filed by PGE with the SEC on July 31, 2020 ("Q2 10-Q"). This document is publicly available and referenced in the Amended Complaint at paragraphs 5, 16-17, 35, 101, 130-32, 135, 142-43, 146-48, 150, 167, 170-75, and 180-81.

7.      Exhibit 6 to this declaration is a true and correct copy of the Form 8-K filed by PGE with the SEC on August 24, 2020 ("8/24/2020 8-K"). This document is publicly available and referenced in the Amended Complaint at paragraphs 7-9, 82-83, 91-93, 123, and 132.

**Page 2 -   DECLARATION OF DALLAS DELUCA IN SUPPORT OF DEFENDANTS'
            REQUEST FOR JUDICIAL NOTICE**

8.      Exhibit 7 to this declaration is a true and correct copy of the Form 8-K filed by PGE with the SEC on December 18, 2020 ("12/18/2020 8-K"). This document is publicly available and referenced in the Amended Complaint at paragraphs 11, 98-101, 115, 123, and 132.

9.      Exhibit 8 to this declaration is a true and correct copy of a press release dated October 29, 2020, titled "Portland General Electric Announces Jim Lobdell to Retire at Year End." This document is publicly available.

10.     Exhibit 9 to this declaration is a true and correct copy of *In the Matter of Portland Gen. Elec. Co. 2019 Integrated Resource Plan*, Public Utility Commission of Oregon ("PUC"), Docket No. LC 73, Order No. 20-152 (May 6, 2020). This document is publicly available.

11.     Exhibit 10 to this declaration is a true and correct copy of the California Independent System Operator, California Public Utilities Commission & California Energy Commission, Final Root Cause Analysis: Mid-August 2020 Extreme Heat Wave 39-40 (January 13, 2021), http://www.caiso.com/Documents/Final-Root-Cause-Analysis-Mid-August-2020-Extreme-Heat-Wave.pdf. This document is publicly available.

12.     Exhibit 11 to this declaration is a true and correct copy of *In the Matter of Portland Gen. Elec. Co. 2012 Annual Power Cost Update Tariff (Schedule 125)*, PUC Docket No. UE 228, Order No. 11-432 (Nov. 2, 2011). This document is publicly available.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 12, 2021.

*s/Dallas DeLuca*

Dallas DeLuca, OSB #072992

**Page 3 -   DECLARATION OF DALLAS DELUCA IN SUPPORT OF DEFENDANTS'
            REQUEST FOR JUDICIAL NOTICE**