**Keith S. Dubanevich**, OSB No. 975200
**Keil M. Mueller**, OSB No. 085535
**STOLL STOLL BERNE LOKTING & SHLACHTER P.C.**
209 S.W. Oak Street, Suite 500
Portland, OR  97204
Email:  kdubanevich@stollberne.com
        kmueller@stollberne.com
Telephone:    (503) 227-1600
Facsimile:    (503) 227-6840

*Liaison Counsel for the putative class*

**Daniel L. Berger**, *admitted pro hac vice*
**Barbara Hart**, *admitted pro hac vice*
**Caitlin M. Moyna**, *admitted pro hac vice*
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone:    (646) 722 8500
Facsimile:    (646) 722 8501
Email:  dberger@gelaw.com
        bhart@gelaw.com
        cmoyna@gelaw.com

*Lead Counsel for the putative class*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| IN RE: PORTLAND GENERAL ELECTRIC COMPANY SECURITIES LITIGATION | Case No. 3:20-cv-01583-SI <br><br> **CLASS ACTION** |

Page 1 -    PARTIES' JOINT NOTICE OF DESIGNATION OF CY PRES RECIPIENT

**PARTIES' JOINT NOTICE OF DESIGNATION OF CY PRES RECIPIENT**

Pursuant to this Court's Order dated August 10, 2021 ("Order") (ECF No. 46), Lead Plaintiff Mississippi Public Employees Retirement System ("PERS"), and Defendants Portland General Electric, Maria Pope and James Lobdell ("Defendants") by and through their respective counsel, hereby provide this notice of designation of its cy pres recipient, the Investor Protection Trust, a nationwide investor protection entity headquartered in Washington, DC.

## I.    INTRODUCTION

As the Court noted in its Order, the Stipulation of Settlement[1] provides for an iterative process of distribution, so that the bulk of the funds will be distributed directly to Authorized Claimants whose recognized losses are at least $10.00. *See* Order at 5; Stipulation of Settlement at ¶ 5.14 (ECF No. 45-1 at page 26). Once that process is complete, there may be a *de minimis* amount left in the Settlement Fund. At that point, the remaining balance is set to be donated to a 501(c)(3) non-profit recipient that is unaffiliated with Lead Counsel, Lead Plaintiff, Defendants, and Defendants' Counsel.

The *cy pres* recipient must "bear[] a substantial nexus to the interests of the class members," i.e., it "must account for the nature of the plaintiffs' lawsuit, the objectives of the underlying statutes, and the interests of the silent class members." *Lane v. Facebook, Inc.*, 696 F.3d 811, 820-21 (9th Cir. 2012) (quoting *Naschin v. AOL, LLC*, 663 F.3d 1034, 1036 (9th Cir. 2011)).

The Investor Protection Trust is an appropriate selection for a *cy pres* recipient. Its primary mission is to "provide independent, objective information needed by consumers to make informed investment decisions." *See* Exhibit A, attached. It has worked at both the state and the national

---

[1] All capitalized terms used herein have the definition provided in the Stipulation of Settlement dated July 11, 2021, ECF No. 45-1.

Page 2 -    PARTIES' JOINT NOTICE OF DESIGNATION OF CY PRES RECIPIENT

levels since its founding in 1993. It is led by a Board of Trustees comprised of state securities regulators from across the nation. The Investor Protection Trust has several programs designed to aid those who are most at risk to be victims of investor fraud. For example, the Elder Investment Fraud and Financial Exploitation Prevention Program "educates healthcare and legal professionals to recognize when their older patients and clients may be vulnerable to or victims of financial abuse, particularly those patients with mild cognitive impairment." *Id.* These professionals are encouraged to refer the at-risk patients and clients to state securities regulators or local adult protective services professionals. Similarly, the Investor Education in Your Community Program seeks to educate individuals on high school and college campuses, and in libraries, churches and senior centers to "increase awareness about wise and safe investing and to help consumers recognize and avoid fraud." *Id.* The Investor Protection Trust's focus on educating consumers to detect and avoid fraud, and in particular its emphasis on protecting the elderly, demonstrate that its mission is squarely aligned with the goals that the federal securities laws seek to achieve. *See Hefler v. Wells Fargo and Co.*, 2018 WL 6619983, at *10 (N.D. Cal. Dec. 17, 2018) (approving the selection of the Investor Protection Trust as a *cy pres* recipient in a securities fraud case because "the Investor Protection Trust's mission of educating investors makes it an appropriate *cy pres* beneficiary" in a securities fraud settlement).

## II.    CONCLUSION

For the foregoing reasons, PERS and Defendants respectfully request that the Court approve its selection of the Investor Protection Trust as the *cy pres* recipient for any residual amount left in the Settlement Fund, per Stipulation of Settlement.

Page 3 -    PARTIES' JOINT NOTICE OF DESIGNATION OF CY PRES RECIPIENT

Dated: December 17, 2021

Respectfully submitted,

**STOLL BERNE**

 /s/ Keith Dubanevich

Keith Dubanevich
Keil Mueller
209 SW Oak Street, Suite 500
Portland, OR  92304
Telephone: (503) 227-1600
Portland, OR 97204
kdubanevich@stollberne.com
kmueller@stollberne.com

*Liaison Counsel for Lead Plaintiff and the Proposed Class*

**GRANT & EISENHOFER P.A.**
Daniel L. Berger (admitted pro hac vice)
Barbara Hart (admitted pro hac vice)
Caitlin M. Moyna (admitted pro hac vice)
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8500
Facsimile:  (646) 722-8501
dberger@gelaw.com
bhart@gelaw.com
cmoyna@gelaw.com

*Counsel for Lead Plaintiff and Lead Counsel for the Proposed Class*

**MARKOWITZ HERBOLD PC**

By:   /s/ Stanton R. Gallegos

David B. Markowitz, OSB #742046
DavidMarkowitz@MarkowitzHerbold.com
Dallas DeLuca, OSB #072992
DallasDeLuca@MarkowitzHerbold.com
Stanton R. Gallegos, OSB #160091
StantonGallegos@MarkowitzHerbold.com

Page 4 -    PARTIES' JOINT NOTICE OF DESIGNATION OF CY PRES RECIPIENT

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Susan L. Saltzstein (*admitted pro hac vice*)
Alexander C. Drylewski (*admitted pro hac vice*)
Shaud G. Tavakoli (*admitted pro hac vice*)
One Manhattan West
New York, New York 10001
Susan.saltzstein@skadden.com
Alexander.drylewski@skadden.com
Shaud.tavakoli@skadden.com
Tel: 212-735-3000

*Attorneys for Defendants*

Page 5 -    PARTIES' JOINT NOTICE OF DESIGNATION OF CY PRES RECIPIENT