

**Grant & Eisenhofer P.A.**

123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7000
Fax: 302-622-7100

485 Lexington Avenue   New York, NY 10017        Tel: 646-722-8500   Fax: 646-722-8501

30 N. LaSalle Street
Chicago, IL 60602
Tel: 312-214-0000
Fax: 312-214-0001

01/13/22
Account No. 29680

State of Mississippi
Carroll Gartin Justice Building
P.O. Box 220
Jackson MS  39205-0220

**Portland General Electric**

### RECAPITULATION

| Timekeeper | Title | Total Hours to Date | Rate | Amount |
|---|---|---:|---:|---:|
| Daniel L. Berger | Partner | 115.50 | 1,000.00 | $115,500.00 |
| Barbara Hart | Partner | 114.00 | 1,000.00 | $114,000.00 |
| Caitlin Moyna | Sr. Associate | 293.90 | 750.00 | $220,425.00 |
| Michelle Cooper | Associate | 27.50 | 365.00 | $10,037.50 |
| Jonathan Park | Associate | 25.80 | 450.00 | $11,610.00 |
| Cecelia Stein | Associate | 294.90 | 365.00 | $107,638.50 |
| Remi Hovsepian | Paralegal | 1.50 | 210.00 | $315.00 |
| Jay Layfield | Paralegal | 51.50 | 220.00 | $11,330.00 |
| | | 924.60 | | $590,856.00 |

### Disbursements

| | |
|---|---:|
| Arbitration Mediation Exp-Contingent | $17,275.00 |
| Expert-Contingent | $35,951.25 |
| Filing Fee | $900.00 |
| Duplication Services-Contingent | $0.75 |
| Postage & Delivery | $38.19 |
| Travel Expenses | $1,870.00 |
| Case-Related Research | $1,767.72 |
| Investigation Expenses | $28,579.68 |
| | $86,382.59 |

**TOTAL**                                            **$677,238.59**

Exhibit A
Page 1 of 1