IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| IN RE: PORTLAND GENERAL ELECTRIC COMPANY SECURITIES LITIGATION | Case No. 3:20-cv-01583-SI<br><br>**CLASS ACTION** |

## [PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND EXPENSES

WHEREAS, one action is pending before this Court styled *In Re Portland General Electric Company Securities Litigation*, No. 3:20-cv-1583-SI (the "Consolidated Action");

WHEREAS, Lead Plaintiff has applied to this Court for an award of attorneys' fees and expenses;

WHEREAS, this Court has considered Lead Plaintiff's application, including the Declaration of Ta'shia Gordon, the Declaration of Keith Dubanevich, and the Declaration of Daniel L. Berger, and all applicable exhibits, submitted in support of that application.

WHEREAS, the Court finds that:

(a)   Lead Counsel and Liaison Counsel are highly experienced securities fraud litigators, and their expertise and the quality of their work was instrumental in achieving this Settlement;

(b)   Lead Counsel and Liaison Counsel spent a significant amount of time prosecuting the claims of Lead Plaintiff and the Class, which was necessary to achieve this Settlement;

1 – [PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND EXPENSES

(c)      The requested attorneys' fee of 25% of the $6.75 million Settlement Fund, net of

expenses (*i.e.*, $1,665,802.85) is fair and reasonable; and

(d)      The expenses incurred of $86,788.67 were also necessary to achieve this Settlement

NOW, THEREFORE, IT IS HEREBY ORDERED:

1.      Lead Plaintiff's application for an award of Attorneys' Fees in the amount of

$1,665,802.85 is granted; and

2.      Lead Plaintiff's application for an award of expenses in the amount of $86,788.59

is granted.

IT IS SO ORDERED.

DATED:  _____          _____
                                       THE HONORABLE MICHAEL H. SIMON
                                       UNITED STATES DISTRICT JUDGE

2 – [PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND EXPENSES