**Keith S. Dubanevich**, OSB No. 975200
**Keil M. Mueller**, OSB No. 085535
**STOLL STOLL BERNE LOKTING & SHLACHTER P.C.**
209 S.W. Oak Street, Suite 500
Portland, OR  97204
Email: kdubanevich@stollberne.com
        kmueller@stollberne.com
Telephone:     (503) 227-1600
Facsimile:     (503) 227-6840

*Liaison Counsel for the lead plaintiff and for the putative class*

**Daniel L. Berger**, *admitted pro hac vice*
**Caitlin M. Moyna**, *admitted pro hac vice*
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone:     (646) 722 8500
Facsimile:     (646) 722 8501
Email: dberger@gelaw.com
        cmoyna@gelaw.com

*Lead Counsel for the lead plaintiff and for the putative class*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| IN RE: PORTLAND GENERAL ELECTRIC COMPANY SECURITIES LITIGATION | Case No. 3:20-cv-01583-SI <br><br> **<u>CLASS ACTION</u>** <br><br> DECLARATION OF KEITH S. DUBANEVICH |

I, Keith S. Dubanevich, declare as follows:

Page 1 -    DECLARATION OF KEITH S. DUBANEVICH

1.    I am an attorney with the law firm of Stoll Stoll Berne Lokting & Shlachter P.C., 209 S.W. Oak Street, Suite 500, Portland, Oregon 97204, counsel to Public Employees' Retirement System of Mississippi ("Mississippi PERS") and for the proposed class.

2.    All timekeepers in our firm contemporaneously record their actual time spent during the course of the matter. I am confident that this practice was followed for all timekeepers on this case.

3.    Stoll Berne's lodestar as of January 13, 2022— the total value of all time spent by Stoll Berne timekeepers, multiplied by each timekeeper's applicable hourly rate—is $33,159.25.

4.    Stoll Berne's lodestar does not include time that will be spent on the case after January 13, 2022, the cutoff date Class Counsel used to calculate fees and costs in connection with the Motion for Final Approval and Award of Attorneys' Fees and Costs. Work on the case after January 13, 2022 will include preparing a reply in support of the motion for final approval, responding to inquiries from Settlement Class Members, and, if the Court grants final approval, addressing issues that arise in connection with claims administration.

5.    The total hours Stoll Berne spent on this case, as of January 13, 2022, was 60.95.

6.    In an exercise of billing judgment, Stoll Berne has written off the value of some time on this matter. The value of time that has been written off was not included in the lodestar.

7.    The lodestar also does not include the amount of out-of-pocket costs advanced by Stoll Berne in prosecuting the cases.

8.    A summary of time spent on this matter is attached as Exhibit 1 to this Declaration. Exhibit 1 shows the value of all time based on our hourly rates, by timekeeper. Exhibit 2 shows separately the various categories of costs advanced by Stoll Berne and the total of those costs. Each of those costs was necessarily incurred in the prosecution of the case, and

Page 2 -    DECLARATION OF KEITH S. DUBANEVICH

Stoll Berne keeps contemporaneous records of all costs as they are incurred and paid.  Stoll Berne advanced $406.00 in out-of-pocket costs in this matter.

9.      I know from my review of my firm's time records, and from my ongoing involvement in this case, that Stoll Berne invested time analyzing the factual and legal issues; briefing motions; reviewing and analyzing documents and data; consulting with an expert and clients; attending mediation which included multiple negotiation sessions; and negotiating, memorializing, and finalizing the terms of the proposed settlement.

10.     I reviewed our firm's time records to allocate the time spent among several different categories, including:  (a) case assessment, pre-filing investigation, initial complaint; (b) briefs, motions, pleadings, research; (c) discovery and post-filing investigation; (d) class certification; (e) experts and consultants; (f) court appearances and preparation; (g) conferences, interviews, telephone calls, meetings, correspondence; and (h) settlement.  When a time entry could be included in more than one category, we used our judgment to assign the entry to only a single category.

11.     In 2021 my standard hourly rate was $635.  Mr. Mueller's 2021 standard hourly rate was $470.

12.     The standard hourly rates for attorneys at my firm in 2021 ranged between $415 and $745, and the standard hourly rates for paralegals ranged between $290 and $315.

13.     Each year, my firm reviews and adjusts billing rates based on a number of factors, including but not limited to the experience, skill, and sophistication required for the types of legal services provided by our firm to clients; the rates customarily charged in similar local and national markets for the types of services provided; and the experience, reputation, and ability of each of the attorneys and staff members.

Page 3 -    DECLARATION OF KEITH S. DUBANEVICH

14.     Our firm also considers in setting our rates, particularly for work such as our representation of the Lead Plaintiff and the Class in this matter, that because of the nature of the action and the contingent nature of any recovery of our time and costs, that our firm may not be paid for long periods of time, if at all.

15.     For example, in this case our firm advanced the value of all time invested in the matter plus out of pocket costs, all while risking the possibility that we would never recover those amounts.  While our firm deeply believes that such work is important to the legal system and the public, we take significant risks by investing time and money in matters which do not pay on a monthly or regular basis.

16.     For that reason and others, our firm anticipates that cases of that risk profile will produce some degree of multiplier over the lodestar (typically two to three times the lodestar).

17.     I reviewed the Morones Survey of Commercial Litigation Fees, Portland, Oregon (2020) and the Oregon State Bar 2017 Economic Survey.  The data in the Morones Survey is approximately two years old, while the data in the Bar's survey is over four years old.  My 2021 standard hourly rate of $635 is slightly over the $623 average rate in the Morones Survey for respondents with over 30 years' experience and the Bar's $610/hr average rate for the 95th percentile of lawyers in the Portland area in private practice with over 30 years' experience.  I have over 38 years of experience.  Mr. Mueller's 2021 hourly rate of $470 is higher than the $344/hr average rate in the Morones Survey for attorneys with 6 years' experience and the Bar's $350/hr average rate for the 95th percentile of lawyers in the Portland area in private practice with over 6 years' experience.  Mr. Mueller has been licensed to practice law for over fifteen years.

Page 4 -    DECLARATION OF KEITH S. DUBANEVICH

18.     This case involved a nationwide class and complex federal securities laws. Neither the Morones Survey nor the Oregon State Bar Survey categorize hourly rates for securities litigation or national class action cases.

19.     Attached as Exhibit 3 is a true and correct copy of my law firm resume as well as a summary of my professional experience and Mr. Mueller's professional experience.

I hereby declare that the above statements are true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty of perjury.  I further declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


DATED this 14th day of January, 2022.


_____
Keith S. Dubanevich


Page 5 -    DECLARATION OF KEITH S. DUBANEVICH

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

**Stoll Berne**
Time report through January 13, 2022

| Name | A | B | C | D | E | F | G | H | Total Hours | Hourly Rate | Total Lodestar |
|------|---|---|---|---|---|---|---|---|------------|-------------|----------------|
| **PARTNERS:** | | | | | | | | | | | |
| Keith S. Dubanevich | 5.75 | 3.0 | | | | | 1.1 | 17.5 | 27.35 | $635 | $17,367.25 |
| Keil M. Mueller | 5.4 | 7.0 | | | | 2.2 | 6.4 | 12.6 | 33.6 | $470 | $15,792.00 |
| **TOTAL LODESTAR** | | | | | | | | | **60.95** | | **$33,159.25** |

**CATEGORIES**

a.    Case Assessment, Pre-Filing Investigation, Initial Complaint

b.    Briefs, Motions, Pleadings and Research

c.    Discovery and Post-Filing Investigation

d.    Class Certification

e.    Experts & Consultants

f.    Court Appearances & Preparation

g.    Conferences, Interviews, Telephone Calls, Meetings & Correspondence

h.    Settlement

Exhibit 1

Page 6 -    DECLARATION OF KEITH S. DUBANEVICH

**Stoll Berne**
Costs through January 13, 2022

| Categories: | Amount |
|---|---:|
| Photocopies/Reproduction | |
| Postage/Notice Costs | |
| Telephone | |
| Messengers/Express Services | $6.00 |
| Filing/Witness Fees | $400.00 |
| Court Reporters/Transcript/Video | |
| Computer Research (Lexis, Pacer, etc.) | |
| Experts/Consultants/Professional Services | |
| Document and Data Management Expenses | |
| Mediation | |
| Out-of-Town Meals/Hotel/Transportation | |
| Facsimile Charges | |
| **TOTAL EXPENSES:** | $406.00 |

Exhibit 2

Page 7 -   DECLARATION OF KEITH S. DUBANEVICH



# Stoll Berne

Exhibit 3
Page 1 of 14

## A BELIEF IN SOCIAL RESPONSIBILITY

**Stoll Berne gives back to its community. Every year, the firm donates a generous percentage of gross revenues to charitable causes. We are a major contributor to the Lawyers' Campaign for Equal Justice, which provides legal services funding to low-income Oregonians. Many of our lawyers donate their time to pro bono legal work, including representing seniors, indigent clients and migrant workers. Our community partners include Self Enhancement, Inc., Community Cycling Center, Ronald McDonald House of Oregon and Southwest Washington, Hoyt Arboretum Friends, CASA, Hands on Portland and Oregon Food Bank. We also participate in charitable fundraising and coach high school mock trial teams.**

## PERSONAL INTEGRITY AND PROFESSIONAL EXCELLENCE

Our attorneys are selected for their personal integrity, sound judgment and superior academic achievement. Many of our lawyers finished at or near the top of their class at the nation's premier law schools, and continue to receive professional honors and accolades. We are consistently peer-rated as among the best lawyers in Oregon, and frequently cited for our publishing in professional journals. Our lawyers are regularly invited to professional speaking engagements.

Exhibit 3
Page 2 of 14

**A PRACTICAL ATTITUDE TOWARD PREVENTING AND RESOLVING DISPUTES**

Stoll Berne represents individuals, small and large corporations, financial institutions, and government entities. Our clients, from individuals and closely held corporations to Fortune 500 companies, all have one thing in common – they seek exceptional legal representation. By choosing to concentrate our practice on focused areas of expertise, we offer our clients the opportunity for continued success.

# KEY PRACTICE AREAS:

### Securities/Investor/Broker Litigation

We regularly represent plaintiffs/claimants and defendants/respondents in cases involving stocks, bonds, limited partnerships and other investment vehicles, disputes between stockbrokers and customers (e.g., misrepresentation and suitability claims), and claims for management malfeasance at the expense of shareholders or investors.  Our clients include both individual and institutional investors, as well as defendants, in financial fraud class actions.

### Business Litigation

Whether our clients initiate or are defendants in litigation, we aggressively represent them to obtain the best results. We are regularly retained in "bet the company" litigation and are experienced in state and federal courts and arbitrations.  Our clients turn to us for assistance with a variety of business matters such as contract, breach of fiduciary duty, fraud, real estate, employment and professional malpractice disputes.

### Class Action Litigation

We have represented many types of class members in a variety of class actions including: employees in wage and hour class actions; businesses damaged by environmental spills; health care providers and the disabled in class actions for reimbursement of health care costs; investors in securities fraud class actions; and consumers in cases involving improper fees, deception, and price fixing.

Exhibit 3
Page 3 of 14



### Real Estate Law

Our real estate lawyers regularly represent clients in the purchase and sale of real estate, real estate financings (including mezzanine loans), development of real property, development incentives, capital formation (including private placements and joint venture equity arrangements), leasing, tax-deferred property exchanges, affordable housing, condominiums, and disposition and development agreements with local municipalities.

### Patent/Trademark/Intellectual Property Litigation

We represent parties in all aspects of intellectual property litigation, including disputes involving patents, trademarks, trade secrets, copyrights, false advertising, unfair competition, defamation and medical research practice. We are frequently consulted by patent and trademark counsel when litigation develops and often are asked to serve as trial counsel.

### Business Transactions/Corporate Law

We represent and advise clients on business formations, capital formation, financing, licensing, leasing, executive compensation, employment law, corporate governance, business succession planning, equity owner retirements, tax planning and regulatory compliance.

### Antitrust and Unfair Trade Practices

We represent U.S. and international companies and consumers in all aspects of antitrust litigation. Our antitrust experience includes trials in state and federal court and in arbitration. We have litigated cases involving allegations of price-fixing, customer allocation, market division, price discrimination, tying or bundling related products, and unfair or deceptive trade practices.

*Learn more about our areas of practice at* stollberne.com

Exhibit 3
Page 4 of 14

# WHO WE ARE

**Deeply rooted in the Northwest and nationally recognized for over 35 years, Stoll Berne has produced extraordinary results through practical, strategic and tenacious representation. We are proud that more than half of our client list originates from referrals by satisfied clients and peers. We keep our firm small in order to provide efficient services in specialized areas in which we have significant experience.**



Exhibit 3
Page 5 of 14



# CONTACT US

 209 Southwest Oak Street · Suite 500
Portland, Oregon 97204

 **Tel** (503) 227-1600

 stollberne.com

Exhibit 3
Page 6 of 14

# Stoll Berne

## SECURITIES LITIGATION REPRESENTATIVE CASES

### Aequitas Securities Litigation

Stoll Berne is co-lead counsel for the investors in the case arising out of the Aequitas Ponzi scheme, asserting claims against Aequitas' auditors, lawyers, and others for participant/aider liability under the Oregon Securities Law. A proposed $234.6 million class settlement has been preliminarily approved by the District of Oregon. This is believed to be the largest settlement of a securities case in Oregon history.

### Bank of New York Mellon Securities Class Action

Keith Ketterling, Keith Dubanevich, and Keil Mueller obtained a $180 million settlement on behalf of Bank of New York Mellon investors in a lawsuit alleging that the bank operated a deceptive foreign currency exchange program. The lawsuit further alleged that the bank had misled its investors about the profitability and viability of this line of business. Stoll Berne served as Special Assistant Attorneys General to lead plaintiff the State of Oregon and worked closely with class counsel Bernstein Litowitz Berger & Grossmann LLP to bring the lawsuit to a successful resolution.

### In re JPMorgan Chase & Co. Securities Litigation

A team of Stoll Berne attorneys served as Special Assistant Attorneys General to the State of Oregon in its role as co-lead plaintiff in a securities fraud class action lawsuit against JPMorgan Chase. Plaintiffs alleged that JPMorgan misled investors about the severity of the over $2 billion loss suffered by the company in the "London Whale" trading scandal. When the truth came out, JPMorgan's stock price dropped. Working closely with co-class counsel Bernstein Litowitz Berger & Grossmann LLP, Grant & Eisenhofer, P.A., and Kessler Topaz Meltzer & Check, LLP, Stoll Berne attorneys Keith Ketterling, Keith Dubanevich, and Keil Mueller helped to obtain a $150 million settlement on behalf of JPMorgan investors.

### Federal Securities Laws Violation Class Action

Robert Stoll, Gary Berne, and Steve Larson obtained an $88 million jury verdict, on behalf of investors in a class action for violations of the federal securities laws.

### Louisiana-Pacific Corp. Securities Class Action

In a securities class action against Louisiana-Pacific Corp., Steve Larson and Tim DeJong helped to obtain a $65 million settlement as one of the lead attorneys for the shareholders. The lawsuit arose out of the defendant's misrepresentations regarding its oriented-strandboard siding. *Louisiana-Pacific Corp. Securities Litigation*, USDC Case No. CV 95-707-JO.

### In re Assisted Living Concepts Securities Litigation

The firm recovered $43.5 million on behalf of investors in Assisted Living Concepts in a nationwide securities class action arising out of accounting for related party transactions. The recovery obtained by Gary Berne and Tim DeJong included $13.5 million from the company's auditor, KPMG, which was at the time was one of the largest recoveries against an accounting firm in Oregon history.

### In re Southern Pacific Funding Corp. Securities

Stoll Berne attorneys Gary Berne and Tim DeJong obtained more than $20 million in total settlements on behalf of shareholders of Southern Pacific Funding Corp. (SPFC) in a securities class action arising out of the mortgage securitization company's accounting for residual securities interests.

### Defense of Pacific Continental Bank Class Action

Keith Ketterling and Tim DeJong defended Pacific Continental Bank in an Oregon class action on behalf of shareholders of the Berjac companies. Pacific Continental Bank was one of two defendant banks alleged to have aided sales of Berjac securities by providing lines of credit to Berjac that allegedly were used by Berjac to finance a Ponzi-like scheme. With the assistance of Stoll Berne, Pacific Continental Bank settled for a fraction of the amount paid by its co-defendant bank.

### *OPERF vs. Marsh*

In a securities fraud lawsuit alleging that the defendant misrepresented key information about its services and finances, a team of Stoll Berne attorneys obtained reversal of the trial court's dismissal of the case for the lead plaintiff State of Oregon Public Employee Retirement Fund. The lawsuit alleged that when the truth came to light, and as a result of the misstatements, Oregon's Public Employee Retirement System lost in excess of $10 million. Over the course of more than a decade of litigation, Stoll Berne attorneys Keith Ketterling, Keith Dubanevich, Josh Ross, and Steve Berman argued the case to the trial court, twice before the Oregon Court of Appeals, and before the Oregon Supreme Court and in the course of doing so established important precedent regarding the "fraud on the market" doctrine in Oregon.

### Real Estate Investment and Securities Fraud Litigation

Stoll Berne attorney Josh Ross represented a former NFL player who invested $400,000 in a real estate development. After the developer refused to return the investment pursuant to the terms of the investment agreement, the investor retained Ross to make a formal demand and pursue litigation. The developer returned the full investment before a lawsuit was filed.

### Defense of Tenancy-in-Common Securities Fraud Claims

Tim DeJong and Josh Ross defeated a $3 million claim for violations of the Oregon Securities Law relating to a tenancy-in-common (TIC) investment.

Exhibit 3
Page 7 of 14

## Investor vs. Morgan Stanley

Josh Ross successfully represented a former NBA basketball player who filed claims against his broker/investment advisor and firm that employed the broker, alleging the broker defrauded him by misrepresenting facts about an investment, by taking the client's investment for his personal use, and ultimately by stealing the investment property and selling it for his own use. Months after filing a lawsuit, Ross helped the client settle with the broker, who agreed to pay the entire loss. After the broker failed to pay, Ross filed a FINRA arbitration against the broker's former employer, a worldwide brokerage firm, alleging that the firm failed to supervise the broker's activities. Ross tried the case to a panel of FINRA arbitrators. Three days following the close of evidence, the panel issued an award in favor of Stoll Berne's client, awarding the full amount of the damages sought.

## Defense of Broker-Dealer

Keith Ketterling represented a regional broker-dealer in defending securities fraud claims by investors that exceeded $20 million. The firm obtained favorable settlements at relatively minimal cost to the client.

## *In re CenturyLink* Sales Practices and Securities Litigation

Stoll Berne, led by attorneys Keith Dubanevich, Tim DeJong, and Keil Mueller, has been appointed co-lead counsel along with Bernstein Litowitz Berger & Grossmann LLP (BLB&G) on behalf lead plaintiff the State of Oregon by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund (Oregon) in a securities class action against CenturyLink, Inc. and certain of its senior executives.

## Investors Investment Recovery

Cody Berne and Josh Ross represented Southern Oregon investors who were seeking to recover their investments in a privately held consumer products company. Our investigation, including a shareholder records inspection, uncovered evidence of fraud and mismanagement. The case resolved while our clients' request for additional corporate records was pending.

## Retirement Savings Recovery

Cody Berne recovered retirement savings on behalf of an individual investor from an out of state real estate investment fund. The fund had violated the Oregon securities laws in selling membership interests and wrongfully withheld the investor's funds in violation of Oregon's financial elder abuse laws.

## *Tullis vs. Ameriprise*

Josh Ross represented investors who filed claims against their broker/investment advisor and a national brokerage firm. Stoll Berne's clients claimed that the broker performed insufficient due diligence and recommended an unsuitable investment strategy. Ross tried the case to a panel of arbitrators in a four-day FINRA arbitration. The panel issued an award in favor of Stoll Berne's client, awarding the full amount of the damages sought. All three arbitrators agreed to the amount of damages and, in a written dissent, one of the arbitrators wrote that he would have awarded the full damages plus interest.

## Representation of Victims of Financial Fraud

Gary Berne has represented victims of financial fraud in individual cases and class actions, ranging from claims against brokerage firms to matters involving derivative securities, real estate, TICs, annuities, tax shelters, and offshore scams. Individual cases have involved claims against national and local stockbrokers and investment advisors and many types of investments, including stocks, bonds, ETFs, mutual funds, life settlement trusts, untraded REITS, and partnerships. Class actions and multi-investor cases include claims against corporations, accounting and law firms in many of types of businesses, including technology, real estate, securitized mortgage companies, assisted living, and manufacturing.

## BP Unpaid Dividends Suit Following Deepwater Horizon Disaster

A team of Stoll Berne attorneys represented the named plaintiff in a multidistrict litigation class action against BP p.l.c. seeking to collect on behalf of U.S. investors the dividends that BP declared, but never paid, following the Deepwater Horizon disaster. Keith Ketterling, Steve Larson, and Jen Wagner pursued the action through multiple motions to dismiss and an appeal to the Fifth Circuit Court of Appeals.

## Intentional Interference Claims

Keith Ketterling represented a national broker-dealer in defending against contract and intentional interference claims by a broker seeking $18 million in damages. The amount ultimately awarded against the broker-dealer was under $50,000, significantly less than had been offered previously in settlement.

## Pre-Litigation Resolution on Behalf of Broker-Dealer

Stoll Berne attorneys Keith Ketterling and Steve Berman represented a regional broker-dealer in pre-litigation resolution of claims arising out of the broker-dealer's agent's sales of securities. Ketterling and Berman assisted their client in avoiding substantial litigation costs and damages, and subsequently obtained partial recovery for the client from third parties.

## Representation of Surety in Letter of Credit Dispute

Stoll Berne represented a surety who had provided a standby letter of credit in connection with the construction of railcars for the TriMet WES commuter rail service in an action to discharge the surety's obligation as a result of material changes to the underlying production agreement. In the district court, Stoll Berne attorneys Keith Ketterling and Tim DeJong secured summary judgment in favor of the client, and Stoll Berne sought to defend that ruling on appeal in the Ninth Circuit Court of Appeals.

## Regional Bank and Broker-Dealer Securities Fraud

Keith Ketterling and Yoona Park sued a regional bank and broker-dealer for securities fraud on behalf of a group of individual investors who were targeted by defendants for the sale of speculative, illiquid investments in spite of plaintiffs' lack of sophistication and limited investment horizons. Stoll Berne obtained settlements on behalf of each investor.

## Broker-Dealer Defense of Breach of Contract Claim

Steve Berman successfully defended a regional broker-dealer in a breach of contract and various tort claims brought by a terminated financial advisor. The terminated advisor sought millions in damages. Following an arbitration in Fort Lauderdale, Stoll Berne's client prevailed on all its claims and also obtained a judgment against the employee.

Exhibit 3
Page 8 of 14

### State of Oregon vs. American International Group, Inc.

Tim DeJong, Jen Wagner, and Keil Mueller obtained an $8 million settlement on behalf of the Oregon Public Employees Retirement Fund (OPERF) in securities fraud litigation against American International Group, Inc. (AIG). The lawsuit arose out of AIG's 2005 and 2006 restatements of its financial results in which AIG conceded that it had misled investors about the company's financial performance. When the restatements became public, OPERF and other investors suffered significant losses on their investments in AIG.

### Diamond Vista Build, LLC. Vs. Bean et al.

Tim DeJong and Josh Ross successfully defended a developer accused of Oregon Securities Law violations in connection with tenancy-in-common interests.

### Real Estate Investment & Securities Fraud Litigation

Rob Shlachter and Josh Ross defended a Portland real estate investment firm in litigation filed by a large group of investors. The investors claimed that the investment firm misled them about an investment in the development of an apartment complex in California. Following over a year of litigation, Shlachter and Ross tried the case in a two-week arbitration. The case settled before a decision was issued.

### Oppenheimer Funds Securities Action

Acting as Special Assistant Attorneys General to the State of Oregon, Stoll Berne attorneys Keith Ketterling, Keith Dubanevich, Jen Wagner, and Keil Mueller obtained a $20 million settlement on behalf of the Oregon College Savings Plan in a lawsuit against Oppenheimer Funds. The lawsuit alleged that Oppenheimer Funds violated the Oregon Securities Law in connection with its Core Bond Fund, resulting in significant losses incurred by college savings accounts invested through the Plan. The settlement provided relief to Oregonians in, or about to enter, college and who had relied on funds in their college savings accounts to assist with tuition.

### Defense of Broker-Dealer re Investor's Allegations

Stoll Berne attorneys Keith Ketterling and Yoona Park defended a broker-dealer against an investor's allegations that improper investments had been made given his investor risk profile and that his account had been churned. Following a three-day arbitration, the FINRA arbitrator awarded nothing to claimant and awarded the broker-dealer its attorney fees.

### Multinational Steel and Trading Company Representation

Over the course of ten years, Keith Ketterling and Steve Berman represented a multinational steel and trading company and its principal in litigation across the globe. The litigation included disputes over the ownership of off-shore special purpose vehicles, as well as various director, employee, and third-party actions in the United States, the United Kingdom, and the Caribbean. Ketterling and Berman successfully defended against multiple claims, including alleged interference with a $90 million military equipment sale contract, breach of contract, common law, and securities fraud. The firm obtained dismissal or summary judgment in each of the five cases brought in the United States against the company and its principal, and successfully defended the appeal of one of those dismissals before the United States Third Circuit Court of Appeals. Steve Berman subsequently obtained a $725,000 award for the client in an arbitration in London to enforce a settlement agreement. *ISTIL Group, Inc. v. Masood*, USDC (D. Or.) Case No. CV 03-1765 AS (2004 WL 948376); *Integral Resources (PVT) Limited v. ISTIL Group, Inc.*, USDC (D. Del.) Case No. 03-904 (GMS) (2004 WL 2758672, *affirmed*, 155 Fed. Appx. 69 (3rd Cir. 2005).

### Mutual Fund Securities Fraud

Stoll Berne attorneys Keith Ketterling and Steve Berman successfully prosecuted a securities fraud case for a Waddell & Reed mutual fund. The fund had purchased bonds that were sold to fund construction of a public golf course in Myrtle Creek, Oregon. Stoll Berne's client brought claims against the entity that issued the bonds and the company that prepared a study saying that the golf course was financially viable, alleging that both failed to disclose material facts. After the federal district court in Oregon dismissed the client's claims, Stoll Berne appealed to the Ninth Circuit Court of Appeals. The Ninth Circuit reversed the trial courts dismissal, and the case ultimately settled. *Waddell & Reed v. Dougherty & Co.*, 155 Fed Appx 968 (9th Cir 2005).

### Call Center Misrepresentation

An Oregon call center retained Steve Larson to defend against investor claims that the Oregon corporation had misrepresented facts about the future operations of the call center. After a jury verdict for the firm's client and its executives, the case settled for payment of the client's attorney fees.

### Control Person Liability

Rob Shlachter obtained summary judgment on behalf of an individual sued for $25 million under the control person fraud provision of the Oregon Securities Act.

### Barlean vs. Black & Co.

Stoll Berne attorney Steve Larson settled a securities class action on behalf of investors in Hanna Car Wash bonds. After settling with the lawyers for Hanna Car Wash and the broker that sold the bonds, Stoll Berne obtained a jury verdict in favor of the investors against the auditors of Hanna Car Wash, Deloitte & Touche, and that claim was then settled. The settlements totaled over $6 million.

To learn more about our areas of practice, our people, and our representative cases, please visit us at stollberne.com.

Exhibit 3
Page 9 of 14



## Keith Dubanevich
## Attorney

Telephone: (503) 227-1600
Direct: (503) 972-7120
Fax: (503) 227-6840
209 SW Oak Street, Suite 500
Portland, Oregon 97204
✉ kdubanevich@stollberne.com
▣ Download Vcard
in LinkedIn



Keith is an accomplished trial, appellate, and healthcare lawyer with over 35 years of experience in more than a dozen different jurisdictions around the country. With a focus on complex dispute resolution, with particular emphasis in the healthcare industry, Keith is adept at handling multi-state and international antitrust cases, consumer litigation, and securities disputes. In healthcare, he has handled peer review disputes, partnership and incorporation matters, and billing investigations.

Keith's clients value his keen instincts in court and his ability to delve into complex legal issues while never losing sight of the overall strategy of a case. A judge commented that during a recent trial Keith was "remarkably thorough, ... prepared, respectful, and efficient." Keith has also received high praise from his peers including this comment about a recent arbitration proceeding: "I was so impressed with your professionalism and effectiveness. Your whole presentation was a model of what an advocate should be."

During his time at the Oregon Department of Justice as Associate Attorney General and Chief of Staff, Keith led the creation of a civil rights unit, managed securities litigation including multiple cases against financial services companies, and supervised antitrust investigations and prosecutions. He was also involved with the adoption of legislation that expanded the Unlawful Trade Practices Act to include financial services companies.

## EDUCATION

**Tulane University School of Law**, J.D., *cum laude*, 1983
Moot Court Board
Louisiana Trial Lawyers Award for Outstanding Advocacy
Order of the Barristers

**Northeastern University**, B.S., Public Administration, with high honors, 1980

**A.A. White Dispute Resolution Center**, Mediation Certificate, 1997

Exhibit 3
Page 10 of 14

## ADMITTED TO PRACTICE

Oregon State Bar, 1998

Texas State Bar, 1983

U.S. District Court, Oregon

U.S. District Court, Connecticut

U.S. District Court, Northern Florida

U.S. District Court, Southern New York

U.S. District Court, Southern Texas

U.S. District Court, Eastern Texas

U.S. District Court, Western Wisconsin

U.S. Court of Appeals, Second Circuit

U.S. Court of Appeals, Fifth Circuit

U.S. Court of Appeals, Ninth Circuit

U.S. Supreme Court

Massachusetts, 1990 (Inactive)

## PROFESSIONAL EXPERIENCE

**Stoll Berne**
Shareholder, 2012-present

**Oregon Department of Justice**
Associate Attorney General and Chief of Staff, 2012-2012
Chief of Staff and Special Counsel, 2009-2012
Special Counsel, 2009

**Garvey Schubert Barer**
Shareholder, 1998-2008

**Fulbright & Jaworski L.L.P.** (Houston, Texas)
Partner, 1992-1998
Associate, 1983-1988, 1989-1992

**Hale & Dorr** (Boston, Massachusetts)
Associate, 1988-1989

## PROFESSIONAL ACTIVITIES

**Oregon Law Commission**
Commissioner, 2016-present

**Oregon State Bar**
Antitrust and Trade Regulation Section Executive Committee, Chair, 2018; Chair-elect, 2017; 2015-present
Business Litigation Section Executive Committee, 2002-2009; Chair, 2008; Chair-elect, 2007; Treasurer, 2007; Secretary, 2006

**American Bar Association**
Antitrust and Litigation Sections, Member

**U.S. District Court, District of Oregon**
Local Civil Rules Advisory Committee, Member, 2022-2025

## COMMUNITY ACTIVITIES

**Children's Cancer Association**
Legal Advisor,2017-present

**Mazamas Mountaineering Association**
Board of Directors, Chair, 2007

**Hoyt Arboretum Friends**
Board of Directors, 2012-2017; President, 2013-2017

Exhibit 3
Page 11 of 14

## PRESENTATIONS

"Wait Wait … Don't Settle! The Vital Pre-Settlement Role of a Settlement Administrative Expert," Epiq & HB Litigation Conference, Virtual (April 2021)

"Deposing the Organization," Multnomah Bar Association CLE, Portland, Oregon (March 2020)

"Proportionality in Practice," Oregon State Bar Business Litigation Section CLE, Portland, Oregon (September 2017)

"Oregon Public Employee Retirement Fund v. Marsh & McLennan: Lessons Learned," Oregon State Bar Business Litigation Section CLE, Portland, Oregon (May 2017)

"Telephone Consumer Protection Act," Oregon Trial Lawyers Association, Portland, Oregon (May 2014)

"US Supreme Court Update: Chadbourne & Parke v. Troice; Mississippi v. Au Optronics; and Halliburton v. Erica John Fund. What's changed and what's coming up next session." Oregon State Bar Securities Regulation Section CLE, Portland, Oregon, (June 2014)

## PUBLICATIONS

"Presidential Tweets, Yelp Reviews, FREE BOOZY, and Admissibility," OSB Litigation Journal (Fall 2017)

"Class Arbitration: Permissible? Preventable? Who Gets to Decide?" 26 Oregon State Bar Litigation Journal 3 (2007)

"Jurisdiction: In Personam and In Rem," 1 Oregon Civil Pleading and Practice Chapter 2 (2006)

"Personal Jurisdiction in a Virtual World," Texas Bar Journal, February 2003

"A Brief Introduction to Product Liability Law in the United States," China Chamber of Commerce for Machinery and Electronics News Report, 3rd Issue, 2002

"Minimizing Exposure – Personal Jurisdiction in the Silicon Forest," 62 Oregon State Bar Bulletin 21 (December 2001)

"You Can Advertise, But Don't Sell That Product: Virtual Jurisdiction in Washington," Washington Law Journal, June 2001

"Personal Jurisdiction in the Silicon Forest," Oregon Law Journal, June 2001

"Health Care Litigation and Confidentiality – Unique Discovery Issues," Oregon Health Law (Summer 2000)

"State by State Guide to Managed Care Law," Oregon, Aspen Publishing (1999, 2000, 2001)

"Qui Tam Suits," Oregon Health Law (Winter, 1998/1999)

"Whistle-Blower Reward Programs Signal the Need to Accelerate Compliance Efforts," Patient Accounts, Healthcare Financial Management Association (August 1998)

## PERSONAL

Keith is an avid runner, skier, and cyclist. In his spare time, he enjoys cooking with his wife and family.

## AWARDS

**Benchmark Litigation**
Local Litigation Star, 2015-2021

**Martindale Hubbell**
AV* Rated

**Oregon Super Lawyers**
2006-2009; 2014-2020

**The Best Lawyers in America®**
2014-2022
Lawyer of the Year, Portland: Litigation – Antitrust, 2020, 2022

## Keil Mueller
### Attorney

Telephone: (503) 227-1600
Fax: (503) 227-6840
209 SW Oak Street, Suite 500
Portland, Oregon 97204
✉ kmueller@stollberne.com
▣ Download Vcard
in LinkedIn





Keil is a shareholder in the firm and a trial lawyer who regularly represents government entities, individuals and businesses in all manner of complex disputes, with a focus on securities and financial fraud, environmental, class action, healthcare, and shareholder and partnership litigation. He has successfully represented clients in jury trials and arbitration hearings and has obtained substantial recoveries and favorable settlements on behalf of his clients in numerous other disputes. Keil currently leads Stoll Berne's team in the CenturyLink Securities Litigation and is a key member of the team pursuing claims on behalf of the State of Oregon, the State of Maryland and the City of Seattle relating to PCB contamination. He was a part of the teams that obtained substantial recoveries on behalf of the State of Oregon as lead plaintiff in securities class actions against JP Morgan Chase and Bank of New York Mellon and in individual securities fraud claims against AIG and Oppenheimer Funds. Keil also helped to obtain multimillion dollar recoveries on behalf of Oregon drivers for FedEx Ground in a class action alleging that FedEx Ground misclassified the drivers as independent contractors and on behalf of former debtors of U.S. Bank in a class action against a debt collection firm alleging violations of the Fair Debt Collection Practices Act. Keil's clients appreciate his tenacious and persistent advocacy for their important interests.

### EDUCATION

**New York University School of Law**, J.D., *cum laude*, 2005

**Williams College**, *magna cum laude*, 1999

### ADMITTED TO PRACTICE

Oregon State Bar, 2008

New York State Bar, 2006

U.S. District Court, Oregon

U.S. District Court, Colorado

U.S. District Court, Southern New York

U.S. District Court, Eastern New York

U.S. Court of Appeals, Ninth Circuit

Exhibit 3
Page 13 of 14

## PROFESSIONAL EXPERIENCE

**Stoll Berne**
Shareholder, 2016-present
Associate, 2008-2015

**Covington & Burling LLP** (New York, New York)
Associate, 2005-2008

## PROFESSIONAL ACTIVITIES

**American Bar Association**

**American Constitution Society**
Oregon Lawyer Chapter, Board of Directors, 2016-present (Chair, 2017-2018)

**Multnomah Bar Association**
CLE Committee, 2012-2015 (Co-Chair 2014-2015)
Court Liaison Committee, 2010-2013 (Chair 2012-2013)
Young Lawyers Section, Membership Committee, 2010-2012

**Oregon State Bar**

**Oregon Trial Lawyers Association**
Business Litigation Section, Chair, 2015-2018

**Public Investors Advocate Bar Association (PIABA)**
Member

## COMMUNITY ACTIVITIES

**Campaign for Equal Justice**
Board of Directors, 2016-present
Associates Committee, 2010-2016 (Co-Chair, 2014-2016)

**Community Cycling Center**
Chair, 2017-2018
Board of Directors, 2014-2018
Finance & Sustainability Committee, 2012-present

## PUBLICATIONS

*Oregon Civil Pleading and Litigation*, 2020 Edition, author, "Answers, Affirmative Defenses, Counterclaims, and Replies"

*Trial Lawyers*, 2015, "You Say Yes. I Say No. Ethical Issues in Multi-Plaintiff Settlements"

*Oregon Statutory Time Limitations*, 2013 & 2017 Revisions, "Chapter 10: Business Litigation"

*Oregon Civil Pleading and Practice*, 2012 Revision, "Chapter 43: Attorney Fees, Cost Bills, and ORCP 17 Sanctions"

*Oregon State Bar Litigation Journal*, 2010, "Avoiding Removal and Dismissal Under the Securities Litigation Uniform Standards Act of 1998" read more

## PRESENTATIONS

"Little Green Men: Protest and Federal Repression in Portland," American Constitution Society Oregon, Portland, Oregon (August 2020)

## AWARDS

**Benchmark Litigation**
2015-2021

**Oregon Super Lawyers**
Rising Star, 2012-2016; 2020

**The Best Lawyers in America®**
2019-2022