**Keith S. Dubanevich**, OSB No. 975200
**Keil M. Mueller**, OSB No. 085535
**STOLL STOLL BERNE LOKTING & SHLACHTER P.C.**
209 S.W. Oak Street, Suite 500
Portland, OR  97204
Email:  kdubanevich@stollberne.com
        kmueller@stollberne.com
Telephone:     (503) 227-1600
Facsimile:     (503) 227-6840

*Liaison Counsel for the putative class*

**Daniel L. Berger**, *admitted pro hac vice*
**Barbara Hart**, *admitted pro hac vice*
**Caitlin M. Moyna**, *admitted pro hac vice*
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone:     (646) 722 8500
Facsimile:     (646) 722 8501
Email:  dberger@gelaw.com
        bhart@gelaw.com
        cmoyna@gelaw.com

*Lead Counsel for the putative class*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| IN RE PORTLAND GENERAL ELECTRIC COMPANY SECURITIES LITIGATION | Case No. 3:20-cv-01583-SI<br><br>CLASS ACTION |

**SUPPLEMENTAL DECLARATION OF JOSEPH MAHAN REGARDING (A) MAILING OF NOTICE AND CLAIM FORM; AND (B) REPORT ON OBJECTIONS AND REQUESTS FOR EXCLUSION**

1 – DECLARATION OF JOSEPH MAHAN

I, JOSEPH MAHAN, declare as follows:

1.      I am a Settlement Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq") located at 777 Third Avenue, New York, NY 10017.  The following statements are based on my personal knowledge and information provided to me by other Epiq employees and if called to testify I could and would do so competently.

2.      I previously submitted a declaration in connection with the administration of the above-captioned action ("Action"), which was executed by me on January 14, 2022 ("Notice Declaration").  I submit this supplemental declaration to provide the Court and the parties to the Action with additional information regarding the mailing of the Court-approved Notice of Pendency and Proposed Settlement of Class Action ("Notice") and the Proof of Claim and Release form ("Proof of Claim") (together, the Notice and Proof of Claim are referred to herein as the "Claim Package"), as well as information on the receipt of requests for exclusion and objections to the Settlement. At the time of the original Notice Declaration, Epiq had mailed 67,000 Notice Packets to potential Settlement Class Members and nominees. Furthermore, two requests for exclusion had been received at that time.

3.      As of the date of the Notice Declaration, Epiq had performed over 67,000 mailings to brokers, banks, nominees and shareholders alerting them of the Settlement and providing additional information such as claims packages.

4.      Between my execution of the Notice Declaration on January 14, 2022, and my execution of this supplemental declaration on February 25, 2022, Epiq has mailed an additional 37 Notice Packet(s).  Therefore, the total number of Notice Packets mailed to potential Settlement Class Members and nominees as of February 25, 2022 is 67,037.  Additionally, Epiq has re-mailed

2 – DECLARATION OF JOSEPH MAHAN

an additional 70 Claim Packages to persons whose original mailings were returned by the U.S. Postal Service ("USPS") and for whom updated addresses were provided to Epiq by the USPS.

5.      In addition, Epiq established and continues to maintain a case-specific, toll-free telephone helpline, 1-866-858-7032, to accommodate potential Class Member inquiries. The toll-free number was set forth in the Notice and on the case website. The Claims Administrator can also be reached at a dedicated email address (info@portlandgeneralelectricsettlement.com). This email address is set forth on the settlement website. Epiq has been and will continue to promptly respond to all inquiries to the toll-free telephone helpline and email account through the end of the settlement administration. As of the date of this declaration, the helpline received 260 inquiries regarding the Settlement.

6.      As discussed in the Notice Declaration, Epiq established and continues to maintain a website, www.portlandgeneralelectricsettlement.com) ("Settlement Website"), which is dedicated solely to this settlement and informing class members about the settlement and providing answers to frequently asked questions. As of the date of this declaration, the website received 3,132 hits.

7.      Pursuant to this Court's Order Preliminarily Approving Settlement, Providing for Notice and Certifying Class, dated August 10, 2021, Settlement Class Members who wish to be excluded from the Settlement Class were required to request such exclusion in writing so that the request was received on or before February 11, 2022. That deadline has now passed. As of February 25, 2022, Epiq has received two requests for exclusion.

8.      Pursuant to the Court-approved Notice, all objections must have been received on or before February 6, 2022. The deadline has now passed. As of the date of this declaration, Epiq has received no objections, and no objections have been filed on the Court's docket.

3 – DECLARATION OF JOSEPH MAHAN

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 25th day of February , 2022, at Philadelphia, Pennsylvania.

_____
Joseph Mahan

4 – DECLARATION OF JOSEPH MAHAN