# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **In re PORTLAND GENERAL ELECTRIIC SECURITIES LITIGATION** | Case No. 3:20-cv-1583-SI (Lead)<br>Case No. 3:20-cv-1786-SI (Consolidated)<br><br>**JUDGMENT** |

IT IS ADJUDGED that this case and all claims asserted by Plaintiff and the members of

the Settlement Class as defined by the Court in its Opinion and Order Approving Settlement,

Attorney's Fees, and Expenses are dismissed with prejudice.

DATED this 25th day of March, 2022.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 1 – JUDGMENT