**Daniel L. Berger**, *admitted pro hac vice*
**Caitlin M. Moyna**, *admitted pro hac vice*
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone:    (646) 722 8500
Facsimile:    (646) 722 8501
Email: dberger@gelaw.com
        cmoyna@gelaw.com

*Lead Counsel for the putative class*

**Timothy S. DeJong**, OSB No. 94066
**STOLL STOLL BERNE LOKTING & SHLACHTER P.C.**
209 S.W. Oak Street, Suite 500
Portland, OR  97204
Email: tdejong@stollberne.com
Telephone:    (503) 227-1600
Facsimile:    (503) 227-6840

*Liaison Counsel for the putative class*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| IN RE PORTLAND GENERAL ELECTRIC COMPANY SECURITIES LITIGATION | Case No. 3:20-cv-01583-SI <br><br> <u>CLASS ACTION</u> |

### DECLARATION OF DANIEL L. BERGER IN SUPPORT OF LEAD PLAINTIFF'S <u>UNOPPOSED MOTION TO DISTRIBUTE THE NET SETTLEMENT FUND</u>

I, Daniel L. Berger, Principal at Grant & Eisenhofer P.A, ("Grant & Eisenhofer" or "Lead Counsel"),[1] submit the following declaration in support of Lead Plaintiff's motion requesting approval to distribute the Net Settlement Fund.

1.      I am a principal of the law firm Grant & Eisenhofer, which is the Court-appointed Lead Counsel for the Class, and counsel for Lead Plaintiff Public Employees Retirement System of Mississippi ("Lead Plaintiff").  I have been actively involved in the prosecution and resolution of this Action and am familiar with its proceedings.  I have personal knowledge of the matters set forth here based on my active participation and supervision of material aspects of the Action as well as my discussions with my colleagues at Grant & Eisenhofer, with the Settlement Administrator, and with the Escrow Agent.

2.      On March 28, 2022, the Court issued its Final Judgment and Order of Dismissal With Prejudice, granting final approval to the Settlement reached between the parties and directing the implementation of the parties' Settlement Agreement.  (ECF No. 57).  Pursuant to the Settlement Agreement, Defendants deposited the Settlement Amount of $6,750,000.00 in an interest-bearing escrow account with the Escrow Agent, Huntington Bank on September 9, 2021.

3.      On March 28, 2022 the Court also issued an order approving Lead Counsel's Motion for Final Approval of Settlement and an Award of Attorneys' Fees and Expenses (ECF No. 57).  After the deduction of Court approved attorneys' fees and expenses (which totaled $1,773,882.59), the balance of the Net Settlement Fund was $4,976,117.41.  Interest payments have grown the balance in the account to $5,124,980.01 as of January 31, 2024.  Payments will be made to the Claims Administrator, including $334,822.92 in connection with the notice and administration of

---

[1] Unless otherwise defined, all defined terms used here have the same meanings as set stated in the Stipulation of Settlement ("Stipulation" or the "Settlement Agreement") (ECF No. 45-1).

- 1 - DECLARATION OF DANIEL L. BERGER

the claims, and $51,339.20 to cover the estimated cost of conducting the initial distribution. The total to be paid to the Claims Administrator is $386,162.12.

4.     I have reviewed the determinations made by the Claims Administrator regarding submissions made by putative Class members. Based on my review and pursuant to the Plan of Allocation, Lead Counsel recommends that the Court adopt the Claims Administrator's determinations and approve the distribution of funds to the authorized claimants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of March 2024 at New York, New York.


*/s/ Daniel L. Berger*
Daniel L. Berger

- 2 - DECLARATION OF DANIEL L. BERGER